CLARK A. WALDON (SBN 312696)
CWaldon@HollandLawLLP.com
CHRISTOPHER T. HOLLAND (SBN 164053)
CHolland@HollandLawLLP.com
**HOLLAND LAW LLP**
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone:     (415) 200-4980
Facsimile:     (415) 200-4989

Attorneys for Defendant
TRRS MAGNATE LLC
d/b/a HYDRACUP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRACUP, a California limited liability company,<br><br>Defendant. | Case No.: 2:22-cv-02222-TLN-CKD<br><br>**SECOND JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144(a))**<br><br>Current Response Date: January 30, 2023<br><br>Proposed New Response Date: February 13, 2023 |

Pursuant to L.R. 144(a), Plaintiff Trove Brands, LLC d/b/a The BlenderBottle Company and Defendant TRRS Magnate LLC d/b/a HydraCup, by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on January 4, 2023, Plaintiff filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 28 Days ("First Stipulation") pursuant to L.R. 144(a) (Dkt. 12);

WHEREAS, the First Stipulation is the only extension of time in this case to date;

WHEREAS, the current deadline for Defendant to move, answer, or otherwise respond to the Complaint is January 30, 2023;

WHEREAS, counsel for Defendant was retained on Friday, January 20, 2023;

WHEREAS, Defendant's counsel requested on the same day an extension of time to move, answer, or otherwise respond to the Complaint from Plaintiff's counsel;

WHEREAS, the parties have agreed to a fourteen (14) day extension of time for Defendant to move, answer, or otherwise respond to the Complaint;

WHEREAS, good cause exists for an extension to permit Defendant's newly retained counsel sufficient time to adequately review the Complaint, multiple design patent and trade dress registrations, other documents related to those intellectual property registrations, numerous products accused of infringement, other various documents and materials, and thereafter to move, answer, or otherwise respond to the Complaint;

WHEREAS, good cause also exists to allow the parties time to engage in discussions regarding whether an early settlement is possible before Defendant responds to the Complaint;

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by the Court;

**IT IS HEREBY STIPULATED AND AGREED** by the parties as follows:

The deadline for Defendant to move, answer, or otherwise respond to the Complaint shall be extended up to and including February 13, 2023.

    **NOW, THEREFORE**, the parties hereby respectfully request that the Court approve this Second Joint Stipulation to Extend Time to Respond to Complaint and extend the deadline for Defendant to move, answer, or otherwise respond to the Complaint up to and including February 13, 2023.

                                            Respectfully submitted,

Dated:  January 24, 2023          HOLLAND LAW LLP

                                    By: /s/ *Clark A. Waldon*
                                         CLARK A. WALDON
                                         CHRISTOPHER T. HOLLAND
                                         Attorneys for Defendant
                                         TRRS MAGNATE LLC d/b/a HYDRACUP

Dated:  January 24, 2023          KNOBBE, MARTENS, OLSON & BEAR, LLP

                                    By: /s/ *Jacob R. Rosenbaum*
                                         Ali S. Razai
                                         Paul A. Stewart
                                         Jacob R. Rosenbaum

                                         *Attorneys for Plaintiff,*
                                         Trove Brands, LLC
                                         d/b/a The Blenderbottle Company

In accordance with the foregoing stipulation, **IT IS SO ORDERED.**

Dated: January 24, 2023

                                         Troy L. Nunley
                                         United States District Judge