AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

TROVE BRANDS, LLC d/b/a THE
BLENDERBOTTLE COMPANY       Plaintiff (s),

V.

TRRS MAGNATE LLC d/b/a HYDRA CUP

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:22-cv-02222-TLN-CKD__

Notice is hereby given that, subject to approval by the court, __TRRS MAGNATE LLC d/b/a HYDRA CUP__ substitutes
(Party (s) Name)

__Meghan Pratschler__, State Bar No. __324970__ as counsel of record in
(Name of New Attorney)

place of __CLARK A. WALDON AND CHRISTOPHER T. HOLLAND__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Meghan the Attorney, LLP__
Address: __95 Third St., Second Floor, San Francisco, CA 94103__
Telephone: __415-335-9226__   Facsimile __N/A__
E-Mail (Optional): __meghan@meghantheattorney.com__

I consent to the above substitution.
Date: __7/11/2023__

_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: __7/7/2023__

/s/ Clark A. Waldon
/s/ Christopher T. Holland
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __7/11/2023__

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**