AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY
Plaintiff(s),
V.
TRRS MAGNATE LLC d/b/a HYDRA CUP
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-02222-TLN-CKD

Notice is hereby given that, subject to approval by the court, __TRRS MAGNATE LLC d/b/a HYDRA CUP__ substitutes
(Party (s) Name)

__Meghan Pratschler__, State Bar No. __324970__ as counsel of record in
(Name of New Attorney)

place of __CLARK A. WALDON AND CHRISTOPHER T. HOLLAND__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Meghan the Attorney, LLP
Address: 95 Third St., Second Floor, San Francisco, CA 94103
Telephone: 415-335-9226   Facsimile N/A
E-Mail (Optional): meghan@meghantheattorney.com

I consent to the above substitution.
Date: 7/11/2023

/s/ Thomas Kupurus
(Signature of Party (s))

I consent to being substituted.
Date: 7/7/2023

/s/ Clark A. Waldon
/s/ Christopher T. Holland
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/11/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: July 11, 2023

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]