

# United States District Court
# Eastern District of California

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERE | Case Number: 2:22-cv-02222-TLN-CKD |
| Plaintiff(s) | |
| V. | |
| TRRS MAGNATE LLC d/b/a HYDRA CUP | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Casey McKay** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant TRRS MAGNATE LLC d/b/a HYDRA CUP

On **07/01/2015** (date), I was admitted to practice and presently in good standing in the **Tennessee Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **07/10/2023**          Signature of Applicant: /s/ **Casey McKay**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Casey McKay |
| Law Firm Name: | MC Law, PLLC |
| Address: | 1441 U St. NW |
| | Suite 712 |
| City: | Washington DC |
| State: | DC |
| Zip: | 20009 |
| Phone Number w/Area Code: | (202) 743-1972 |
| City and State of Residence: | Washington DC, DC |
| Primary E-mail Address: | casey@mclaw.io |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Meghan Pratschler |
| Law Firm Name: | Meghan the Attorney, LLP |
| Address: | 95 Third Street, 2nd Floor |
| City: | San Francisco |
| State: | CA |
| Zip: | 94103 |
| Phone Number w/Area Code: | (415) 335-9226 |
| Bar #: | 324970 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18 2023

_[signature]_
JUDGE, U.S. DISTRICT COURT