Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | Case No.: 2:22-cv-02222-TLN-CKD<br><br>**JOINT STIPULATION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

| | |
|---|---|
| *1* | Plaintiff Trove Brands, LLC d/b/a The BlenderBottle Company ("BlenderBottle") and |
| *2* | Defendant TRRS Magnate LLC d/b/a Hydra Cup ("Hydra Cup") by and through their |
| *3* | undersigned counsel, hereby request that the Court enter the attached [Proposed] Stipulated |
| *4* | Protective Order which has been agreed upon by the parties. This [Proposed] Stipulated |
| *5* | Protective Order seeks to protect the parties' interests in the confidentiality of certain |
| *6* | proprietary, competitive, and sensitive documents and is attached as Exhibit A. The parties |
| *7* | have agreed to the terms of the Proposed Stipulated Protective Order in order to maintain the |
| *8* | confidentiality of information produced or obtained in this action and respectfully request the |
| *9* | Court approve and enter the Stipulated Protective Order. |

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: September 11, 2023   By: /s/ Jacob R. Rosenbaum
    Ali Razai
    Paul Stewart
    Jacob Rosenbaum
    Christian Boettcher

*Attorneys for Plaintiff*
*Trove Brands LLC d/b/a The*
*BlenderBottle Company*

Date: September 11, 2023   **MC Law, PLLC and Meghan the Attorney, LLP**

By: /s/ Casey Scott McKay

    Casey Scott McKay
    TN Bar No.: 034028
    MC Law, PLLC
    1441 U St. NW, Suite 712
    Washington, DC, D.C. 20009
    202.743.1972
    casey@mclaw.io
    (admitted pro hac vice)

    Meghan Pratschler
    CA Bar No.: 324970
    Meghan the Attorney, LLP
    95 3rd St 2nd Floor
    San Francisco, CA 94103-3103
    meghan@meghantheattorney.com
    (415) 335-9226

*Attorneys for Defendant*
*TRRS Magnate, LLC d/b/a Hydra Cup*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I caused the **JOINT STIPULATION FOR ENTRY OF PROPOSED PROTECTIVE ORDER** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

                      */s/ Jacob R. Rosenbaum*
                      Jacob Rosenbaum