Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | Case No.:  2:22-cv-02222-TLN-CKD<br><br>**PLAINTIFF BLENDERBOTTLE'S NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: February 22, 2024<br>Time: 2:00 p.m.<br>Ctrm: 2, 15th floor<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

**TO DEFENDANT, HYDRACUP, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2024, at 2:00 pm or as soon thereafter as the matter may be heard, before the Hon. Troy L. Nunley in Courtroom 2 at 501 I Street, Sacramento, California, Plaintiff Trove Brands, LLC ("BlenderBottle") will move for an order granting its Motion for Leave to File Second Amended Complaint.

This motion is based on this Notice, the accompanying Memorandum in Support, and the pleadings and papers filed in this action and any oral argument the Court may consider at this hearing.

This motion is made following a conference of counsel. BlenderBottle sent Hydra Cup an email on December 29, 2023 requesting whether it would stipulate to BlenderBottle's amendment of the First Amended Complaint to include Mr. Thomas Raymus as a defendant in this action. The parties further conferred by Zoom call regarding BlenderBottle's motion for leave to amend on January 3, 2024. Hydra Cup indicated that it would not stipulate to the amendment. The parties have exhausted all meet and confer efforts regarding this motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 12, 2024    By: */s/ Jacob R. Rosenbaum*
                                Ali S. Razai
                                Sean M. Murray
                                Jacob R. Rosenbaum
                                Christian D. Boettcher

Counsel for Plaintiff TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On January 12, 2024, I served **PLAINTIFF BLENDERBOTTLE'S NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** on Defendant TRRS Magnate LLC d/b/a Hydra Cup shown below via CM/ECF:

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2024, at San Diego, California.

*/s/ Estefania Munoz*
Estefania Munoz