Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**DECLARATION OF JACOB R. ROSENBAUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Troy L. Nunley |

*1*  I, Jacob Rosenbaum, hereby declare as follows:

*2*  1. I am an attorney licensed to practice in the State of California. I am a partner in the law firm Knobbe, Martens, Olson & Bear LLC and am an attorney for Plaintiff Trove Brands, LLC ("BlenderBottle"). I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of BlenderBottle's redlined proposed second amended complaint.

3. On December 13, 2023, counsel for BlenderBottle took the deposition of Hydra Cup's principal, Thomas Raymus. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the final transcript of the deposition of Mr. Raymus.

4. Upon discovering Mr. Raymus's personal involvement in designing and selling the infringing Hydra Cup products, counsel for BlenderBottle began preparing a second amended complaint.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a December 29, 2023 email from myself to Hydra Cup's counsel regarding BlenderBottle's proposed Second Amended Complaint. Hydra Cup did not respond to my email.

6. On January 3, 2024, counsel for BlenderBottle and counsel for Hydra Cup met and conferred on outstanding issues in this case, including BlenderBottle's proposed second amended complaint. Attached hereto as **Exhibit 3** is a true and correct copy of an email summarizing the parties' January 3, 2024, meet and confer call sent by me to counsel for Hydra Cup on January 5, 2024. BlenderBottle's counsel began preparing this motion after learning that Hydra Cup did not consent to BlenderBottle's proposed second amended complaint.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Hydra Cup's Third Supplemental Objections and Responses to BlenderBottle's First Set of Interrogatories, served November 6, 2023, providing supplemental responses to BlenderBottle's Interrogatory Nos. 1–3, 8–10, and 12–15, including Hydra Cup's supplemental response to Interrogatory No. 13 regarding the entities involved in the commercialization of each of the

Accused Products.  Hydra Cup's previous responses to BlenderBottle's Interrogatory No. 13 did not provide additional clarity as to the role of Mr. Raymus at Hydra Cup.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob R. Rosenbaum
Jacob R. Rosenbaum