Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | Case No.: 2:22-cv-02222-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BLENDERBOTTLE'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Troy L. Nunley |

*1*   The Court, having read and considered Plaintiff Trove Brands, LLC d/b/a The
*2* BlenderBottle Company's Motion for Leave to File a Second Amended Complaint, and good
*3* cause appearing therefore:
*4*   **IT IS HEREBY ORDERED** that Plaintiff Trove Brands, LLC d/b/a The BlenderBottle
*5* Company is granted leave to file its [Proposed] Second Amended Complaint.

*7*   **IT IS SO ORDERED.**

*10* Dated: _____
       Honorable Troy L. Nunley
*11*    United States District Judge