1    Meghan Pratschler
2    CA Bar No.: 324970
3    Meghan the Attorney, LLP
4    95 3rd St 2nd Floor
5    San Francisco, CA 94103-3103
6    meghan@meghantheattorney.com
7    (415) 335-9226

8    Casey Scott McKay
9    TN Bar No.: 034028
10   MC Law, PLLC
11   1441 U St. NW, Suite 102
12   Washington, DC, D.C. 20009
13   202.743.1972
14   casey@mclaw.io

15   *Attorneys for Defendant TRRS Magnate, LLC dba Hydra Cup*

16   Ali S. Razai (SBN 246,922)
17   ali.razai@knobbe.com
18   Sean M. Murray (SBN 213,655)
19   sean.murray@knobbe.com
20   Jacob R. Rosenbaum (SBN 313,190)
21   jacob.rosenbaum@knobbe.com
22   Christian D. Boettcher (SBN 342,950)
23   christian.boettcher@knobbe.com
24   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
25   2040 Main Street
26   Fourteenth Floor
27   Irvine, CA 92614
28   Phone: (949) 760-0404
29   Facsimile: (949) 760-9502
30   Attorneys for Trove Brands, LLC d/b/a The BlenderBottle Company

31      **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**
32                                    **CALIFORNIA**


33   **TROVE BRANDS, LLC D/B/A THE**
34   **BLENDERBOTTLE COMPANY**

35                *Plaintiff,*                  *Case No: 2:22-cv-02222-TLN-CKD,*

36                *v.*

37   **TRRS MAGNATE LLC D/B/A HYDRA CUP,**

38                *Defendant.*

                                         1

1
2
3
4

**[~~PROPOSED~~] ORDER GRANTING THE PARTIES JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR PLAINTIFF BLENDERBOTTLE'S MOTION FOR A PROTECTIVE ORDER**

5    Having considered the Parties' Joint Stipulation to Continue the Hearing

6  Date for BlenderBottle's Motion for a Protective Order to February 14, 2024, this

7  Court hereby rules as follows:

8    • The Parties' Joint Stipulation to Continue the Hearing Date for

9       BlenderBottle's Motion for a Protective Order is GRANTED, and therefore

10      the hearing on BlenderBottle's Motion for Protective Order is set for

11      February 14, 2024. Pursuant to LR 251, the deadline to submit the Parties'

12      Joint Statement Re Discovery Disagreements for BlenderBottle's Motion for a

13      Protective Order is January 31, 2024.

14  **IT IS SO ORDERED.**

15    Dated:  January 25, 2024

16    _____
     CAROLYN K. DELANEY
17    UNITED STATES MAGISTRATE JUDGE

18

19

20    8.trov22cv2222.cont.po

2