1  Meghan Pratschler
2  CA Bar No.: 324970
3  Meghan the Attorney, LLP
4  95 3rd St 2nd Floor
5  San Francisco, CA 94103-3103
6  meghan@meghantheattorney.com
7  (415) 335-9226

8  -and-

9  Casey Scott McKay
10 TN Bar No.: 034028
11 MC Law, PLLC
12 1441 U St. NW, Suite 102
13 Washington, DC, D.C. 20009
14 202.743.1972
15 casey@mclaw.io

16 *Attorneys for Defendant TRRS Magnate, LLC dba Hydra Cup*

17 **IN THE UNITED STATES DISTRICT COURT**
18 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19 – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

20 **TROVE BRANDS, LLC D/B/A THE**
21 **BLENDERBOTTLE COMPANY**

22 *Plaintiff,*

23 **Case No: 2:22-cv-02222-TLN-CKD,**

24 *v.*

25 **TRRS MAGNATE LLC D/B/A HYDRA CUP,**

26 *Defendant.*

—————————————————————————X

**DEFENDANT HYDRA CUP'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF BLENDERBOTTLE TO PROVIDE SUFFICIENT ANSWERS AND PRODUCE RESPONSIVE DOCUMENTS**

Date: 22 March 2024
Time: 10:00 a.m.
Courtroom: 24, 8th Floor.
Hon. Troy L. Nunley
Hon. Carolyn K. Delaney

**TO PLAINTIFF TROVE BRANDS, LLC AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant TRRS Magnate LLC d/b/a Hydra Cup ("Hydra Cup"), through its attorneys, will move this Court pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 251, before the Honorable Carolyn K. Delaney, United States District Court for the Eastern District of California, at the United States District Courthouse, 8th Floor, Courtroom 24 at 501 I Street, Sacramento on 22 March 2024 at 10:00 a.m. or as soon thereafter as the matter may be heard, to compel Plaintiff Trove Brands, LLC d/b/a the BlenderBottle Company ("BlenderBottle") (i) to fully respond to and provide sufficient and proper answers to Hydra Cup's Interrogatory Nos. 3, 4, 6, 7, 11, 14-16, 18-21, 24, and 25; (ii) to provide documents responsive to Hydra Cup's Requests for the Production of Documents and Things Nos. 6, 10-21, 26, 31, 33, 36-40, 43-44, 47-48, 52-55, 58-60, 62, 67, 73-74, 81, 85, 88, 90-92, 95, 98-99, 101, 103-04, 109-10, 114-16, 120-22, 125-26, 128, 131-

1  38, 141, 143-44, 150-154, 159, 166-68, 170, 172, 175-76, 185-86, 190, 193, 203, 205,

2  207-12; (iii) to provide responsive communications and electronic correspondence;

3  (iv) to determine the sufficiency of BlenderBottle's Answers, Responses, and

4  Objections to Hydra Cup's Interrogatories and Requests for the Production of

5  Documents and Things, by 29 March 2024, and for an order that BlenderBottle pay

6  Hydra Cup's reasonable expenses and attorneys' fees in bringing this Motion

7  pursuant to Fed. R. Civ. P. 37(a), and for other and further relief as the Court

8  deems just and proper. There exists good cause to support this Motion. Hydra Cup

9  is serving on BlenderBottle its portion of the Joint Statement Re Discovery

10 Disagreements more than twenty-one days before the scheduled hearing, which will

11 be filed with the Court not less than fourteen days before the scheduled hearing

12 pursuant to Local Rule 251.

13     Pursuant to Local Rule 251(b), the parties met and conferred three times

14 pursuant to Hydra Cup's requests—on 09 January 2024, 09 February 2024, and 12

15 February 2024—in a good faith effort to resolve these issues, but were unable to do

16 so. Hydra Cup certifies that it made numerous attempts to get BlenderBottle to

17 comply with its discovery obligations under the Federal Rules of Civil Procedure.

18 These efforts, which have occurred for almost six months, have included telephonic

19 conferences of counsel, a series of letters, and numerous emails. Despite Hydra

20 Cup's efforts, the parties have not resolved their differences that are the subject of

this motion, including without limitation BlenderBottle's ongoing deficiencies in its discovery responses and document production.

**Dated**: 15 February 2024

Respectfully submitted,

By: /s/Meghan Pratschler/
Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St. 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 102
Washington, DC, D.C. 20009
202.743.1972
casey@mclaw.io

*Attorneys for Defendant TRRS Magnate, LLC dba Hydra Cup*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF and email on 15 February 2024 on Plaintiff Trove Brands, LLC d/b/a the BlenderBottle Company and its attorneys listed below:

KNOBBE MARTENS OLSON & BEAR
Sean Murray (SBN 213,655)
sean.murray@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

By: /s/Meghan Pratschler/
Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St. 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028

| | |
|---|---:|
| 1 | MC Law, PLLC |
| 2 | 1441 U St. NW, Suite 102 |
| 3 | Washington, DC, D.C. 20009 |
| 4 | 202.743.1972 |
| 5 | casey@mclaw.io |
| 6 | *Attorneys for Defendant TRRS Magnate, LLC dba Hydra Cup* |