Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>Hon. Troy L. Nunley |

*1*   Pursuant to Civil Local Rule 141, Plaintiff Trove Brands, LLC ("BlenderBottle")
*2* respectfully requests to seal Exhibits 7-9 to the Declaration of Jacob Rosenbaum in Support of its
*3* Opposition to Defendant's Motion to Modify the Scheduling Order and Cross-Motion
*4* ("Rosenbaum Decl.") and portions of BlenderBottle's Opposition to Defendant's Motion to
*5* Modify the Scheduling Order and Cross-Motion ("BlenderBottle's Cross-Motion") that directly
*6* quote from Exhibits 7-9.

*7*   "[T]he courts of this country recognize a general right to inspect and copy public records
*8* and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*,
*9* 435 U.S. 589, 597 (1978).  However, the public's "access to judicial records is not absolute."
*10* *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  "Every Court has
*11* supervisory power over its own records and files," and may provide access to documents at its
*12* discretion.  *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (citing *Nixon*, 435 U.S. at
*13* 598).  In the case of dispositive motions, the party seeking to seal the record "must articulate
*14* compelling reasons supported by specific factual findings that outweigh the general history of
*15* access and the public policies favoring disclosure, such as the public interest in understanding the
*16* judicial process." *Kamakana*, 447 F.3d at 1178–79.

*17*   BlenderBottle files this motion to seal pursuant to Section 7.2(d) of the parties' Joint
*18* Stipulated Protective Order, Dkt. 34.  On February 14, 2024, BlenderBottle received documents
*19* produced by third-party Jeff Harlan.  The documents were not designated by Mr. Harlan.
*20* However, Section 7.2(d) of the Protective Order states that "[a]ll Documents produced by such
*21* third parties shall be treated as though marked 'CONFIDENTIAL' for a period of 14 days from
*22* the date of their production, during which period any party may designate as 'CONFIDENTIAL'
*23* or 'CONFIDENTIAL – ATTORNEYS EYES ONLY' pursuant to the terms of the Protective
*24* Order."  As of the date of filing this Request to Seal, neither party has designated the third-party
*25* documents from Mr. Harlan.

*26*   Exhibits 7-9 to the Rosenbaum Decl. are emails produced by Mr. Harlan on February 14,
*27* 2024.  BlenderBottle's Cross-Motion directly quotes from Exhibits 7 – 9.

*28*   BlenderBottle therefore seeks to file under seal Exhibits 7-9 to the Rosenbaum Decl.

1. BlenderBottle also seeks to file a redacted copy of its Cross-Motion to redact information quoted
2. from Exhibits 7-9 of the Rosenbaum Decl. A highlighted copy of BlenderBottle's Cross-Motion
3. showing what material it seeks to file under seal is being emailed to the Court, along with Exhibits
4. 7-9.
5.     To the extent neither party designates the documents as CONFIDENTIAL or
6. CONFIDENTIAL – ATTORNEYS EYES ONLY by February 27, 2024, or if the Court denies
7. this Request, BlenderBottle will file Exhibits 7-9 publicly, along with an unredacted copy of
8. BlenderBottle's Cross-Motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 26, 2024      By: /s/ Jacob R. Rosenbaum
    Ali S. Razai
    Sean M. Murray
    Jacob R. Rosenbaum
    Christian D. Boettcher

Counsel for Plaintiff TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On February 26, 2024, I served **PLAINTIFF'S REQUEST TO SEAL** on Defendant TRRS Magnate LLC d/b/a Hydra Cup shown below via CM/ECF:

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 26, 2024, at Irvine, California.

*/s/ Estefania Munoz*
Estefania Munoz