Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**PLAINTIFF'S NOTICE OF ERRATA TO ITS OPPOSITION** TO DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER **AND CROSS MOTION**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

**TO THE COURT AND ALL PARTIES TO THIS ACTION;**

**PLEASE TAKE NOTICE** that Plaintiff Trove Brands, LLC d/b/a The BlenderBottle provides the following notice of errata to (i) Plaintiff's Memorandum in Support of Its Opposition to Defendant's Motion to Modify Scheduling Order and Plaintiff's Cross-Motion and (ii) the Declaration of Jacob R. Rosenbaum in Support of Plaintiff's Cross-Motion:

On February 26, 2024, Plaintiff filed its Memorandum in Support of Its Opposition to Defendant's Motion to Modify Scheduling Order and Plaintiff's Cross-Motion and the Declaration of Jacob R. Rosenbaum in Support of Plaintiff's Cross-Motion.  These documents included a statement that Plaintiff's counsel, Mr. Ali Razai, had travelled to Sacramento prior to learning of Defendant's inability to appear at the claim construction hearing on January 16.  This statement was inaccurate.  In fact, the evening before the claim construction hearing, Mr. Razai was preparing to board a plane for Sacramento when counsel for Defendant announced that he was unable to attend the hearing.  The inaccurate statement was inadvertently included in Plaintiff's memorandum and Mr. Rosenbaum's declaration because of a miscommunication between Mr. Rosenbaum who was handling the opposition to Defendant's motion and Mr. Razai who was handling the Claim Construction hearing.  Corrected versions of Plaintiff's memorandum and Mr. Rosenbaum's declaration are attached hereto as "Exhibit A" and "Exhibit B," respectively.  The corrected versions are the same as the original versions, except the inaccurate sentence was deleted twice from the memorandum and once from the declaration.

Plaintiff's counsel apologizes to the Court and all parties for the error.

**KNOBBE, MARTENS, OLSON & BEAR LLP**


Dated: March 7, 2024          By: */s/ Jacob R. Rosenbaum*
                                  Ali S. Razai
                                  Sean Murray
                                  Jacob R. Rosenbaum
                                  Christian D. Boettcher

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America, and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On March 7, 2024, I served **PLAINTIFF'S NOTICE OF ERRATA TO ITS OPPOSITION TO DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER AND CROSS MOTION** on defendant TRRS Magnate LLC d/b/a Hydra Cup shown below via CM/ECF:

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 7, 2024, at San Diego, California.

*/s/ Estefania Munoz*
Estefania Munoz