Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Hon. Troy L. Nunley |

PLEASE TAKE NOTICE that Plaintiff Trove Brands, LLC ("BlenderBottle") hereby requests permission to file under seal the following documents pursuant to Local Rule 141 for the United States District Court for the Eastern District of California:

    1.    Exhibits 1 and 2 to the Declaration of Christian Boettcher;

    2.    Portions of Plaintiff's Reply Brief that directly quote from Exhibits 1 and 2 and include images from Exhibits 1 and 2.

The Request to Seal Documents, Proposed Order and the documents sought to be filed under seal (other than the documents submitted for in camera review) were served on all parties in this matter.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 18, 2024    By: */s/ Jacob R. Rosenbaum*
    Ali S. Razai
    Sean M. Murray
    Jacob R. Rosenbaum
    Christian D. Boettcher

Counsel for Plaintiff TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On March 18, 2024, I served **PLAINTIFF BLENDERBOTTLE'S NOTICE OF REQUEST TO SEAL DOCUMENTS** on Defendant TRRS Magnate LLC d/b/a Hydra Cup shown below via CM/ECF:

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 18, 2024, at Irvine, California.

*/s/ Estefania Munoz*
Estefania Munoz