Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>　　　　Defendant. | Case No.:  2:22-cv-02222-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

1      IT IS HEREBY ORDERED that the Request to Seal is GRANTED. Pursuant to Local

2  Rule 141 for the United State District Court for the Eastern District of California, the following

3  documents shall be filed under seal:

4      1. Portions of Plaintiff's Reply Brief; and

5      2. Exhibits 1 and 2 to the Declaration of Christian Boettcher.

6

7  **IT IS SO ORDERED.**

8

9  Dated: _____     By: _____
                                    Troy L. Nunley
10                                  United States District Judge