IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF CALIFORNIA

––––––––––––––––––––––––––––––X

**TROVE BRANDS, LLC D/B/A THE BLENDERBOTTLE COMPANY**

*Plaintiff,*

**Case No: 2:22-cv-02222-TLN-CKD**

*v.*

**TRRS MAGNATE LLC D/B/A HYDRA CUP,**

*Defendant.*

––––––––––––––––––––––––––––––X

**ORDER GRANTING DEFENDANT HYDRA CUP'S REQUEST TO SEAL**

Having considered Defendant TRRS Magnate LLC d/b/a Hydra Cup ("Hydra Cup")'s Request to Seal, it is **HEREBY ORDERED** that:

- Hydra Cup's Request to Seal is **GRANTED**.
- Under Local Rule 141 for the United States District Court for the Eastern District of California, the following documents shall be filled under seal:

    (1) The Deposition Transcript of Jeff Harlan attached as Exhibit 13 (ECF No. 80-13) to Hydra Cup's Response in Opposition to

1            BlenderBottle's Cross-Motion to Extend Time and Reply to

2            BlenderBottle's Response (ECF No. 80).

3

4      **IT IS SO ORDERED.**

5      **Dated:** March 22, 2024

                                                   Troy L. Nunley
                                                   United States District Judge