Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>　　Defendant. | Case No.: 2:22-cv-02222-TLN-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

1   IT IS HEREBY ORDERED that the Request to Seal is GRANTED. Pursuant to Local Rule 141 for the United State District Court for the Eastern District of California, the following documents shall be filed under seal:

1. Portions of Plaintiff's Reply Brief; and
2. Exhibits 1 and 2 to the Declaration of Christian Boettcher.

**IT IS SO ORDERED.**

Dated: March 22, 2024

Troy L. Nunley
United States District Judge