Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The BlenderBottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**PLAINTIFF BLENDERBOTTLE'S OPPOSITION TO DEFENDANT HYDRA CUP'S MOTION TO STRIKE PLAINTIFF'S REPLY**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

| | |
|---|---|
| 1 | Plaintiff Trove Brands, LLC ("BlenderBottle") hereby opposes the motion to strike filed by TRRS Magnate LLC ("Hydra Cup") (Dkt. 89). Hydra Cup's motion is predicated on a misunderstanding of the federal rules. Hydra Cup contends that BlenderBottle's reply in support of its cross-motion to modify the scheduling order (Dkt. 82) is untimely because BlenderBottle filed it on Monday, March 18, 2024, rather than on Sunday, March 17. Dkt. 89-1. BlenderBottle does not dispute that its ten-day period to file its reply ended on Sunday, March 17. However, when a period stated in days ends on a Saturday, Sunday, or legal holiday, "the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(c). Accordingly, BlenderBottle's deadline to file its reply was Monday, March 18. Hydra Cup's more than eight-page motion ignores a basic rule of civil procedure and wastes the time and resources of both BlenderBottle and the Court. The motion should be denied. |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 26, 2024            By: /s/ Jacob R. Rosenbaum
                                     Ali S. Razai
                                     Sean Murray
                                     Jacob R. Rosenbaum
                                     Christian D. Boettcher

Counsel for Plaintiff TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY