**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE CASE SCHEDULE**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

The Court, having reviewed and considered the parties' Joint Stipulation To Modify The Case Schedule, and finding good cause, approves the Joint Stipulation. The Court orders that the case schedule is modified as follows:

| Event | Deadline |
|---|---|
| Deadline to complete Non-Expert Discovery to the extent allowed by the Court in Dkt. 99 | July 15, 2024 |
| Initial Expert Witness Disclosures | August 12, 2024 |
| Rebuttal Expert Witness Disclosures | **September 9, 2024** |
| Close of Expert Discovery | **October 15, 2024** |
| Deadline for Joint Notice of Trial Readiness (if the Parties do not intend to file dispositive motions) | **October 15, 2024** |
| Last Day to File Dispositive Motion | December 2, 2024 |

**IT IS SO ORDERED.**

DATED: May 10, 2024

Troy L. Nunley
United States District Judge

- 1 -  
ORDER  
No. 2:22-cv-02222-TLN-CKD