1  Meghan Pratschler
2  CA Bar No.: 324970
3  Meghan the Attorney, LLP
4  95 3rd St 2nd Floor
5  San Francisco, CA 94103-3103
6  meghan@meghantheattorney.com
7  (415). 335-9226

8  -and-

9  Casey Scott McKay
10 TN Bar No.: 034028
11 MC Law, PLLC
12 1441 U St. NW, Suite 102
13 Washington, DC, D.C. 20009
14 202.743.1972
15 casey@mclaw.io

16 *Attorneys for Defendants*

17 **IN THE UNITED STATES DISTRICT COURT**
18 **THE EASTERN DISTRICT OF CALIFORNIA**

19 – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

20 **TROVE BRANDS, LLC D/B/A THE BLENDERBOTTLE**
21 **COMPANY**

22            *Plaintiff,*

             *v.*                    **Case No: 2:22-cv-02222-TLN-CKD,**

                                      **Hon. Troy Lynne Nunley**
                                      **Hon. Carolyn K. Delaney**

23 **TRRS MAGNATE LLC D/B/A HYDRA CUP AND THOMAS**
24 **RAYMUS, AN INDIVIDUAL,**

25            *Defendants.*

1

---------------------------------X

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants TRRS Magnate LLC d/b/a Hydra Cup and Thomas Raymus, through their attorneys, will move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6), before the Honorable Troy Lynne Nunley, United States District Court for the Eastern District of California, at the United States District Courthouse, 15th Floor, Courtroom 2 at 501 I Street, Sacramento on 17 October 2024 at 2:00pm or as soon thereafter as the matter may be heard, for an Order dismissing Plaintiff Trove Brands, LLC d/b/a BlenderBottle Company's ("BlenderBottle") Second Amended Complaint, in relevant part, for failure to state a claim upon which relief can be granted, and for other and further relief as the Court deems just and proper.

In support, Defendants submit their Memorandum of Law dated 10 June 2024 and supporting Exhibits, which are both being filed contemporaneously with this Notice of Motion and Motion.

**Dated**: 10 June 2024

                                                                        Respectfully submitted,

                                                                   By: /s/Meghan Pratschler/
                                                                          Meghan Pratschler
                                                                      CA Bar No.: 324970
                                                            Meghan the Attorney, LLP
                                                              95 3rd St. 2nd Floor
                                             San Francisco, CA 94103-3103
                                          meghan@meghantheattorney.com
                                                              (415) 335-9226

                                                                            -and-

|   |   |
|---|---:|
| 1 | By: /s/Casey Scott McKay/ |
| 2 | Casey Scott McKay |
| 3 | TN Bar No.: 034028 |
| 4 | MC Law, PLLC |
| 5 | 1441 U St. NW, Suite 102 |
| 6 | Washington, DC, D.C. 20009 |
| 7 | 202.743.1972 |
| 8 | casey@mclaw.io |
| 9 | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF notification service, which sent notification of such filing to all pro se parties and counsel of record on 10 June 2024.

KNOBBE MARTENS OLSON & BEAR
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
Sean Murray
sean.murray@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

By: /s/Meghan Pratschler/
Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St. 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 102

Washington, DC, D.C. 20009
202.743.1972
casey@mclaw.io

*Attorneys for Defendants TRRS Magnate, LLC dba Hydra Cup and Thomas Raymus, an Individual.*