UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF CALIFORNIA

TROVE BRANDS, LLC
D/B/A THE BLENDERBOTTLE COMPANY

*Plaintiff,*

v.                    Case No: 2:22-cv-02222-TLN-CKD,

TRRS MAGNATE LLC D/B/A HYDRA CUP AND
THOMAS RAYMUS, AN INDIVIDUAL,

*Defendants.*

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY DISCOVERY UNTIL THE COURT RULES ON THEIR MOTIONS TO DISMISS**

Having considered the Joint Motion to Stay Discovery Until the Court Rules on The Parties' Motions to Dismiss, the Court hereby GRANTS the Motion.

| **Event** | **Deadline** |
|---|---|
| Deadline to complete Non-Expert Discovery to the extent allowed by the Court in Dkt. 99 | Sixty days after the Court's resolution of the parties' dueling Motions to Dismiss. |
| Initial Expert Witness Disclosures | 28 days after the close of Non-Expert Discovery |

| Rebuttal Expert Witness Disclosures | 30 days after the Initial Expert Witness Disclosures |
|---|---|
| Close of Expert Discovery | 30 days after Rebuttal Expert Witness Disclosures |
| Deadline for Joint Notice of Trial Readiness (if the Parties do not intend to file dispositive motions) | 30 days after Rebuttal Expert Witness Disclosures |
| Last Day to File Dispositive Motion | 45 days after Close of Expert Discovery |

IT IS SO ORDERED.

DATED: June 21, 2024

Troy L. Nunley
United States District Judge