Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Trove Brands, LLC
d/b/a The Blenderbottle Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**DECLARATION OF ALI RAZAI IN SUPPORT OF EX PARTE**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

I, Ali Razai, hereby declare as follows:

1.      I am an attorney licensed to practice in the State of California.  I am a partner at the law firm Knobbe, Martens, Olson & Bear LLC and am an attorney for Plaintiff Trove Brands, LLC d/b/a The BlenderBottle Company ("BlenderBottle").  I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3.      On June 3, 2024, I sent an email to counsel for Defendants requesting a meet and confer on an intended Rule 11 motion regarding Defendants' Amended Answer, Defenses and Counterclaims [Dkt. 106].  A true and correct copy of my June 3, 2024, email is attached as **Exhibit 1.**

4.      That same day, counsel for Defendants and I met and conferred telephonically on BlenderBottle's intended Rule 11 motion for sanctions.  During that call, I explained why most of Defendants' counterclaims and affirmative defenses were frivolous.

5.      On June 3, 2024, counsel for Defendants emailed counsel for BlenderBottle asking if BlenderBottle would agree to a 7-day extension for Hydra Cup to file its Amended Motion to Dismiss and Answer, Defenses, and Counterclaims.  A true and correct copy of the June 3, 2024, email from Defendants' counsel is attached as **Exhibit 2.**

6.      On July 1, 2024, I emailed counsel for Defendants asking Defendants to explain their authority for filing Hydra Cup's Third Amended Counterclaim without leave of Court or permission from BlenderBottle.  A true and correct copy of my July 1, 2024, email to counsel for Defendants is attached hereto as **Exhibit 3.**

**7.**      On July 2, 2024, counsel for Defendants responded and indicated that Defendants would not withdraw the Third Amended Counterclaim.  A true and correct copy of the July 2, 2024, email from Defendants' counsel is attached as **Exhibit 4.**

1

2          Executed this 3rd day of July, 2024 in Irvine, California.

3    Date: <u>July 3, 2024</u>                          <u>/Ali S. Razai/          </u>

4                                                      Ali S. Razai

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine**,** California.  I am over the age of 18 and not a party to the within action.  My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On July 3, 2024, I served **DECLARATION OF ALI RAZAI IN SUPPORT OF EX PARTE** on Defendants TRRS Magnate LLC d/b/a Hydra Cup and Thomas Raymus shown below via CM/ECF:

CASEY SCOTT MCKAY
casey@mclaw.io
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
Telephone: (202) 743-1972

MEGHAN PRATSCHLER
meghan@meghantheattorney.com
95 3rd St., 2nd Floor
San Francisco, CA 94103-3103
Telephone: (415) 335-9226

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 3, 2024, at Irvine, California.

*/s/ Estefania Munoz*
Estefania Munoz

Declaration of Jacob R. Rosenbaum
Case No. 2:22-CV-02222-TLN-CKD

# EXHIBIT 1

| | |
|---|---|
| **From:** | Ali Razai |
| **To:** | Casey Scott McKay |
| **Cc:** | Lit BBCOML.095L |
| **Subject:** | BlenderBottle v. TRRS Magnate d/b/a Hydra Cup |
| **Date:** | Monday, June 3, 2024 10:21:16 AM |

Hi, Casey,

Please let me know if you are available tomorrow to discuss a Rule 11 Motion for Sanctions we intend to bring in connection with Hydra Cup's affirmative defenses, counterclaims of patent infringement, and declaratory judgment claims of infringement, enforceable license from Tianqi, declaratory judgment claims of unenforceability for inequitable conduct, and all declaratory judgment claims related to BlenderBottle intellectual property that has never been raised with Hydra Cup such that Hydra Cup would have any reasonable apprehension of suit.

Thank you,
Ali

# EXHIBIT 2

| | |
|---|---|
| **From:** | Casey Scott McKay |
| **To:** | Jacob Rosenbaum |
| **Cc:** | Meghan Pratschler; Ali Razai; Sean Murray; Christian Boettcher; Lit BBCOML.058L |
| **Subject:** | Re: BlenderBottle v. Hydra Cup - Our Ref. BBCOML.058L |
| **Date:** | Monday, June 3, 2024 3:30:17 PM |
| **Attachments:** | image |

Hey Jacob,

Would BlenderBottle be willing to agree to a 7 day extension for Hydra Cup to file its Amended MTD and Answer/Defenses/Counterclaims if Hydra Cup agrees to a 14 day extension for BlenderBottle to respond?

**Casey Scott McKay**
Partner
202.743.1972
casey@mclaw.io

1441 U Street NW | Suite 712
Washington DC, DC 20009



MC Law, PLLC
Notice: This email (including any
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521, is confidential, and may be legally privileged.
If you are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution, or copying of this
communication is strictly prohibited. Please reply to the sender that
you have received the message in error, then delete it.
Thank you.

On Monday, June 3rd, 2024 at 6:15 PM, Jacob Rosenbaum
<Jacob.Rosenbaum@knobbe.com> wrote:

Casey,

BlenderBottle's deadline to respond to Defendants' Motion to Dismiss and Defendants' Answer and Counterclaims to the Second Amended Complaint is June 14, 2024.  Please let us know if you consent to a 14-day extension of these deadlines.

Best,

Jacob

**Jacob Rosenbaum**

Partner

[Jacob.Rosenbaum@knobbe.com](mailto:Jacob.Rosenbaum@knobbe.com)

949-721-7615 **Direct**

# Knobbe Martens

2040 Main St., 14th Fl.

Irvine, CA 92614

[www.knobbe.com/jacob-rosenbaum](http://www.knobbe.com/jacob-rosenbaum)

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT 3

| From: | Ali Razai |
| --- | --- |
| To: | Casey Scott McKay |
| Cc: | Lit BBCOML.095L |
| Subject: | FW: Activity in Case 2:22-cv-02222-TLN-CKD Trove Brands, LLC v. TRRS Magnate LLC Answer to Complaint. |
| Date: | Monday, July 1, 2024 11:52:57 PM |

Counsel,

We saw that around 11:30 pm tonight, you filed yet another amended counterclaim on behalf of Hydra Cup.  Hydra Cup's Third Amended Counterclaim was filed without regard to Rule 15 or 16 of the Federal Rules, without leave of Court, or permission from Trove Brands.  Please immediately explain your authority for unilaterally filing a 290-page amended pleading while Trove Brands is preparing a Motion to Dismiss Hydra Cup's Second Amended Counterclaim.

Your inability to follow the rules will continue to unduly tax Court resources and needlessly drive up Trove Brands' cost of litigation, which seems to be Hydra Cup's intent.  Hydra Cup's actions are not in good faith and if Trove Brands is forced to seek Court intervention, it will seek sanctions.

Please let us know by tomorrow, Tuesday July 2, at 9:00 am (Pacific) whether Hydra Cup will withdraw its Third Amended Counterclaim or Trove Brands will seek ex parte relief.

Best,
Ali Razai

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Monday, July 1, 2024 11:30 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:22-cv-02222-TLN-CKD Trove Brands, LLC v. TRRS Magnate LLC Answer to Complaint.


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered by McKay, Casey on 7/1/2024 at 11:29 PM PDT and filed on 7/1/2024

| | |
|---|---|
| **Case Name:** | Trove Brands, LLC v. TRRS Magnate LLC |
| **Case Number:** | 2:22-cv-02222-TLN-CKD |
| **Filer:** | TRRS Magnate LLC |
| **Document Number:** | 118 |

**Docket Text:**

**ANSWER with Jury Demand, THIRD AMENDED COUNTERCLAIM against All Defendants by TRRS Magnate LLC. by TRRS Magnate LLC. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14, # (15) Exhibit 15, # (16) Exhibit 16, # (17) Exhibit 17, # (18) Exhibit 18, # (19) Exhibit 19, # (20) Exhibit 20, # (21) Exhibit 21, # (22) Exhibit 22, # (23) Exhibit 23, # (24) Exhibit 24, # (25) Exhibit 25, # (26) Exhibit 26, # (27) Exhibit 27, # (28) Exhibit 28, # (29) Exhibit 29, # (30) Exhibit 30, # (31) Exhibit 31, # (32) Exhibit 32, # (33) Exhibit 33, # (34) Exhibit 34, # (35) Exhibit 35, # (36) Exhibit 36, # (37) Exhibit 37, # (38) Exhibit 38, # (39) Exhibit 39, # (40) Exhibit 40, # (41) Exhibit 41, # (42) Exhibit 42, # (43) Exhibit 43, # (44) Exhibit 44, # (45) Exhibit 45, # (46) Exhibit 46, # (47) Exhibit 47, # (48) Exhibit 48, # (49) Exhibit 49, # (50) Exhibit 50, # (51) Exhibit 51, # (52) Exhibit 52, # (53) Exhibit 53, # (54) Exhibit 54, # (55) Exhibit 55, # (56) Exhibit 56, # (57) Exhibit 57, # (58) Exhibit 58, # (59) Exhibit 59, # (60) Exhibit 60, # (61) Exhibit 61, # (62) Exhibit 62, # (63) Exhibit 63, # (64) Exhibit 64, # (65) Exhibit 65, # (66) Exhibit 66, # (67) Exhibit 67, # (68) Exhibit 68, # (69) Exhibit 69, # (70) Exhibit 70, # (71) Exhibit 71, # (72) Exhibit 72, # (73) Exhibit 73, # (74) Exhibit 74, # (75) Exhibit 75, # (76) Exhibit 76, # (77) Exhibit 7, # (78) Exhibit 78, # (79) Exhibit 79, # (80) Exhibit 80, # (81) Exhibit 81, # (82) Exhibit 82, # (83) Exhibit 83, # (84) Exhibit 84, # (85) Exhibit 85, # (86) Exhibit 86, # (87) Exhibit 87, # (88) Exhibit 88, # (89) Exhibit 89, # (90) Exhibit 90, # (91) Exhibit 91, # (92) Exhibit 92, # (93) Exhibit 93, # (94) Exhibit 94, # (95) Exhibit 95, # (96) Exhibit 96, # (97) Exhibit 97, # (98) Exhibit 98, # (99) Exhibit 99, # (100) Exhibit 100, # (101) Exhibit 101, # (102) Exhibit 102, # (103) Exhibit 103, # (104) Exhibit 104, # (105) Exhibit 105, # (106) Exhibit 106, # (107) Exhibit 107) (McKay, Casey)**

**2:22-cv-02222-TLN-CKD Notice has been electronically mailed to:**

Ali S Razai   ali.razai@knobbe.com, litigation@knobbe.com

Casey Scott McKay , PHV    casey@mclaw.io

Christian C. Boettcher    christian.boettcher@knobbe.com

Jacob Rosenbaum    jacob.rosenbaum@knobbe.com

Meghan Pratschler    meghan@meghantheattorney.com

Sean Michael Murray    sean.murray@knobbe.com

**2:22-cv-02222-TLN-CKD Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-0
] [1cb8eaf3392ac96e0d55e0d492179eadfac857eadd7c1673b855af68adec9c1fa01
1acd5c6657c4ac75531913caf3af6d95d8e02102e31d90c2dd45913a4b5bc]]
**Document description:** Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
] [6349c8070057d2f50554225b260921f39ae2bd991d021c6887998371a42316ffc38
69e71263a12b75a67ee02e4dcbca967fd77b36bcdd6057a4c7b972b2c1501]]
**Document description:** Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
] [c02fb930215dc47fc66a13968d3918c2fbac395e3ffb7dba77677657b3c9d9f2f8b
ee37bea1338faafaecfb1f3d5fdc96d2a1f260c02d26fa5a0b2ebff606e5d]]
**Document description:** Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
] [a685a7e50f3b5ea5ec2b4a68b759d0c707459e9f1bb3249d35623596f4d7dfb85f8
5653c19b1398a0e60bd18d8e114cfcac32e0e35b19407443253ba20fe3915]]
**Document description:** Exhibit 4

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4
] [19fc674118e9e5bd9d3bbd3a3c0eaa1ac76f954b2654c201e1694e696e1f67f6877
e1b88d7b217a4e2e96f23883f4c741ab7927140580674a4c7992009e73792]]

**Document description:** Exhibit 5

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
] [b5312fc64b0f1de417766c83650d64501d3d0ea1733274b904da220c6202607f487
79cdcead7e967caca2c3dc2c0b8cd039d7fbafcd0a7440c5032c2e3762781]]

**Document description:** Exhibit 6

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
] [3f09cc5b734279d26ceba3b083b07f018936c8fccce887316ba7663b62e058bb6f6
92072991e5ee1203653f1de49ad79ba6b72447deac87a50f1f6b64dcfa221]]

**Document description:** Exhibit 7

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
] [5f407b5c9aaab4aaeb14906e56ef62e44510233a1b2ef8204716e9910b443ed6d9c
5505dd9b8625d6f324dd419752d7ef16509497dcaebadcd05531c36d79e08]]

**Document description:** Exhibit 8

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
] [85a02255c0fca5c15f491f014ede1b2812c7f1e313b7ff0b4f26516f944b61b6f25
c565ec7782a00cad4db2f6a13fab611bdca73a41898691369ae53a4b62686]]

**Document description:** Exhibit 9

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
] [6dbe4455eed2bbffff2e752db5a1b01fdb67e2d011ade846bfdd9b5dc8de5195ef5
5d3a170ca2ea79bf6d762bf24259e1178c5bdd352b050f070de1771d8d06f]]

**Document description:** Exhibit 10

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

0] [bc953b7d703154bde824b37fb07025e6b7ce6dc39666e45563c0bbce0a892c480d
5de027c45eb197d31f7c4aa9e4112c2415b48c66a6a12ccde0f3f89978236d]]

**Document description:** Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
1] [7c8ecfcc2c8631f2ff5a02a0876ec76e1a57d15f50f2bea67c421d4290ed83810e
c3821d6be5709cc869420d93c0883951ff6eb719fda9c59124458ac7bd8cb1]]

**Document description:** Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
2] [7d71e507ffcd9545e24122bacebf17fae8cbbf5c9a301af8bbab844e5ab66f50fc
42676ba1e2735b7f8118d74687a23f5ee53f9909830605cd1742a12f68bc76]]

**Document description:** Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
3] [77dfc9120f4185bb00f0dd29986cb0b3357557016e164cb86cad1fd0fbca9c5f36
6aa9006fbc6ff7575583f3eb3862bccedb1e4aacaa83a35732797eb5e7fdbc]]

**Document description:** Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
4] [61e269c79a44c46631c0c310ea1699e1ff57feba5fb0921fa18ebb76e550289d4a
80d7d6b41f07d2a1a7c37be64e3dd1c84d1e8afde971169bcdbd3ccadeffe7]]

**Document description:** Exhibit 15
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
5] [2ece4ab343c0517a71396f78b93e5e8e2a9d4e189d7c3194b4297789541c6a1697
29a597adf4d05dc9a76836287cb12c45f9a6fd0debdafc008edfdaf62d81e2]]

**Document description:** Exhibit 16
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
6] [2ca3505b20549fee625cfac21874dd7b07185773b0b61fa6212e5f4dacc208a5af
8e73ce9e9e6d4823c1eecc81437d53a7780b74b1bfcbd4728ff6c958d836c4]]

**Document description:** Exhibit 17

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1 7] [09cd6fa73398c87eb3ccf8005b6951f65b6a4e063e263cf8cbdff005fa2e3bfbae 7cab9145ff6ba44064f469772f1fbed45d8170139b4b33ae0e05359dbab5ea]]

**Document description:** Exhibit 18

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1 8] [a4d2369ab0b3ee7edf5ac417d0a8206b1602be8c7f3a66df462b29e62fb59e3761 6a15ccf259587593f9f1898d53d52bee3f22646f7fc21f2b36fedd41b6a75a]]

**Document description:** Exhibit 19

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1 9] [7ef352fc2b6a44e0e215af2df915fdb07ebf5329c96eed708e4a38ddca97949ab5 b0aaef724406ef33d68bc7f95d28c39ee90974c32c6d7a24372da3cdf544a2]]

**Document description:** Exhibit 20

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2 0] [3cd1dc88367c5339383b74d8c9349fe7c4b9fb337a80ddbb404e72e4b4ce2355af 7396861bef9ac3950396fae965e1794c3ee1775067512229ff91cc831a4357]]

**Document description:** Exhibit 21

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2 1] [8b134d4e50b314153d7a67d3570cef4b3b895a534802581ce88b1bbb5b5c209c1e a52bf5b648b38a3330fcf2ae19108207ceeddf31f9ff527b0829fbe9176087]]

**Document description:** Exhibit 22

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2 2] [252b3e2c5e38e4ba0cd01534d48cd60ca91a54745a4855788e6740b4f599b56ce0 6c791682c1697a85b0b67ac38aac87f25d59f1f98afc797eb1389d041cb3e1]]

**Document description:** Exhibit 23

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2

3] [1d6ba49cb8d685c1cf6a691368725adc917c7a28ba01f6d55a92c611a42af4bee6
0daa0899603d04032536bf3c3eac07072d3751c46d2135c63516b6c1501c14]]

**Document description:** Exhibit 24
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
4] [7aeb74bc8867ede4c235bf7d87b7651be641af9446df6be2667b529fa99ae356ea
9e113a1a2241aee5ef61fce25834cc381215905861f3b5869fa83ce59bd964]]

**Document description:** Exhibit 25
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
5] [68991149330d59b7d2e7e57e57cb23a7487c6653cf4d85aed1e82aa444c00a7c7e
58fee8b3f777d3f793b7a9766cf89444695ad77f276ada8c60a563817887ae]]

**Document description:** Exhibit 26
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
6] [bc2582a386bb4aa80e3bbc90bca361d4b6c0aa8d6fa4a2c1ea892a407e2ef2a96f
135dc1ec0c711b4e62e7891d07589162835934a87e71922c498e3d7e150691]]

**Document description:** Exhibit 27
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
7] [60593efccfee16832acbb48e207113892bbd94bad1abd674c4f0f00f9cc9e5965e
fc933fe3c27e51f6086a37461559cac8bd5b8567cf4a067d21a406a804c3a6]]

**Document description:** Exhibit 28
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
8] [4b446b072f1feb3d1b1f0cd8b1e37e43c19a3741f7e86d0e687ad2705aabdeca90
2a7bdb8e42faaad9dff8d605a08b9c7f856331a945b871e301943870fd6e5d]]

**Document description:** Exhibit 29
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
9] [31635994625d3939eef9f1a0f88c458e0e16af20a35f3ef2bc72c05562fa814880
2749c628fcd64c6a5949d2577e85893fb636f3e91caabaa1e83f5cc7f747db]]

**Document description:** Exhibit 30

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
0] [7604f11385b176ac1a150f24e48f8f704ba97e030df9d2ddd24e1b44d05dd9d2b7
6eb513acdb164832c453201b27215ba568186c98699b2cb8084614f8b8dec9]]

**Document description:** Exhibit 31

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
1] [a9e7cffe390a9b501bdd23e3d32a9fc5dbe57e3a1a2b6f22d00e3183446f66bbf0
22625aec6195fb625ac6f9e2b61af8f4ec6cdb373c7de4305c208a536782b0]]

**Document description:** Exhibit 32

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
2] [9b4cb91c46c739d472bee2faad9a034da4bebf730a772a7421aea3cd062ee41fed
ece32a0d903769b3f0cdf98eaa4b43c0ea780eaa0e7dfb45bb424f37cb7735]]

**Document description:** Exhibit 33

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
3] [0447bf2dba0d4d4997b2f6de18869940e728072b37fbedbdf7a698e7b8d0dfc693
3c126842ced253f98c34e7b89f98ed9a70de6bf5dc7c63cc33b8f52e8c7f03]]

**Document description:** Exhibit 34

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
4] [0a23e3b9fdf95aedc0eb77592966c0a9b59d04ccf92a901245e818ef274573b594
dd13a491e8eddf6ab661270e68b8788edcc589a50aef5223c4cfcb6b22a593]]

**Document description:** Exhibit 35

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
5] [292c1fc31d42616b72857fd3f3ca6be5bc224f9d9cd35ad2f5b71e2c485e704a48
d31b0ef3c6c572bb31ec0afcc162f718189b58286852897578a848b358e88f]]

**Document description:** Exhibit 36

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3

6] [ad71ff12fe382328b3a0ca63cce102a4b89fe3046264db7f390d546ca32b2b28b7
bc90d54314920b7774f5b509406a223d17441ef60e93ff61d2d410c8a88e36]]

**Document description:** Exhibit 37

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
7] [52abd59ebedae4021e5946bfade6670a83bb46380dd553c4f0174f01fe1ed64a4d
29e5b59dee0365586936b3308f8c5505869becffacfb0db98e35f76d80bf13]]

**Document description:** Exhibit 38

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
8] [08dcfe1138e5c6ba43ecd08146f41c9a25c123262c8d12642074861335688aa86a
a10db10a6022b431b8ca9c3636d9edfbc4ac7087aa6142e3addc5e976cd11d]]

**Document description:** Exhibit 39

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
9] [0cc21d1e1e14c6228ec299931a32525249d516f476860459ad1a6ca4a0e5da6283
8ebb2b4c92be269e498ecd2737a55c6f3618d773a56f599c1e56477a3703c4]]

**Document description:** Exhibit 40

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4
0] [0439564726dadf9ad513deebf18ce2603de3cde7fa3ff7c5ffb96293d56b345e76
3942ff7142b63421888f81fbd233e7ef6e644403380f6b6b62d5441dd27d76]]

**Document description:** Exhibit 41

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4
1] [8c78ba6c627f8caa20e92b92d32124ea575c678d135acfa02e2ad64a9d66f928ff
145508eac6ab31e963bc1c4dcbcfd9dbfb9beecc0f7918c91faa39b3003140]]

**Document description:** Exhibit 42

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4
2] [b4f566e555e4bab79ff2462a97df6ce6c0393e2d79b0a495494be3cdd4750b87db
12cddedf5336d65205607a0a72c78dfb87f81b9031215599b096ff27144d8c]]

**Document description:** Exhibit 43

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 3] [afda457acd27d7dc2e63bc6fc57306ac7baeea0ee2423e425de782f43129915401 9ea8572f7f086131b814ab042e4de0dd2abf26d08ed868b7f08ea930d9b9e1]]

**Document description:** Exhibit 44

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 4] [5e2f634103b2b541990a522b5ab5953bba7c0d2475000f6f3721ae7e56e54bd9ec ecd249987cfccb4781b420e29555e9fcec7215dafbffd7659602343d4b0e66]]

**Document description:** Exhibit 45

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 5] [a3f3b66ba6000d3faec67c98cecdd27f9d6bfc0314e0783021185bb7e7ec7af86f 2594e4d875417d4401598b15e85363cd61955dbba2fbe2f374d7effaa11314]]

**Document description:** Exhibit 46

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 6] [67d8bc06e450d88632af0b28ecb1a255d68232fd22ae5c92315c037ca6b8522f2a 2b0e74096853152a1ca38a65f0ef0555e77b528409533b5e3e60f19d8bfd60]]

**Document description:** Exhibit 47

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 7] [96a3cda5f1a67a553bd1de4cc01ac1e919c894bd3acf92426d3dcf27bdedab0586 5a61c8fd804fe2c19aa31ae17ffb127cbded5fabb1b241ae5058ebe1a5da4a]]

**Document description:** Exhibit 48

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4 8] [452c771cff24b220c173df1df687318c619315f9ab0636fe6078931307f2713a52 eaea45d3bd67901461c077a96ac1ea253020a08b075767f8778915552805f9]]

**Document description:** Exhibit 49

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

9] [a475f7e8b24b9157a34f63e224c48913a07450869b5c21f24ea3c165efa0ad361e
0f51797193ee449bb6b0e3a63bae213b79e10a9a70b8f2537554a18e45c549]]

**Document description:** Exhibit 50
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
0] [01ed74cbe412bfa44b4dc9cffccc23ac15334b9c71696489b902307102f113a5c5
9122dd835aa70eedec7c6c194331fd091749b11568cd5d6125bd5efed59141]]

**Document description:** Exhibit 51
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
1] [158ea47107dbadc4f2668392db7ebcf8bce16f48c86ac0142dde607eb387ef97f1
65eab94998cb8831cbdc03d7798afad1a226523e7635c9261ca5edb2710a7b]]

**Document description:** Exhibit 52
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
2] [6eb1355f4427c77d01644ce2d1be323b4606df45a5ed4f44437c0b5caa7b920b96
00c73abdc5cc26d0dc822313b63329913f205aa3221180b53913c32b44172b]]

**Document description:** Exhibit 53
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
3] [b19294d0f5cbc94d7719d19d78a2e1052c47f3601828209421e49d4a13250ba7f9
b7772a61e94a9a85a0cca46e964a3f89b26ef11f621f625540471f76fb8cba]]

**Document description:** Exhibit 54
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
4] [7b9ceead37582ceb8c18ff0426ae4d7be9d004a38b6533595a729cb571ad3abd2d
440e95d5117a4e677117d071a45af829d4f23d747b18d2a9d6fd16b7f467b2]]

**Document description:** Exhibit 55
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
5] [1acef789adca147297049a3b1c0256fced248600aeda74f834c916ba013cbe19a0
622dbe9761449cb5d67f41e4f63007314493a259d4e01f3c46beba7f50c12e]]

**Document description:** Exhibit 56

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
6] [63416e00d5a870c3e27b49b6fd3c93b50a66c0226dd8a31986a4d17f492bd1254f
99336802d187b54a0c29760b188652766a4a794d71ba1dfaff14f3b9962ec3]]

**Document description:** Exhibit 57

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
7] [8ea4980a052f438097d731668cf43d1fa732f055b2167758a7ca27d0984dee81d9
2d628841a87834939b54624dcd4478431e20b963d0edd3488f707639ccd567]]

**Document description:** Exhibit 58

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
8] [76c1485a69c87a7249d33ad7401414c8e89d9b6eada09af02748f863fbe50174f81
16607f19bbad0f3549441246340f269bea7d375b7ed779aa00d3ffd825f520]]

**Document description:** Exhibit 59

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
9] [3164a1e8e73134002eb1bd4d92baeadfece44436cf7bc5586570c1f7880d5cb9ea
b7ad54bd286e29330920c9fd4018bd43b2054522e4ba4684a26f5bde83b458]]

**Document description:** Exhibit 60

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
0] [3df9d41c5ddc313f737b67c472dade3b35fb3843578eca097155fd64c95a414daf
6064d20825f284e01bf4ee1705c6a8a6819a575314919037878a4925f55b0a]]

**Document description:** Exhibit 61

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
1] [3711056518cc3b5cbf38a50efd3ddc69788a7d12fce06ca285f9fc23b33b632529
a4a2f71065058bb6bb31fe2521b1f4876acf673bfcef78979f5130d1d0d19a]]

**Document description:** Exhibit 62

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6

2] [66f347d5165009fd172368fe53b896520d0ecd00e9e9635799a7fee82e265fdddd
a524964ebc9f7ecf546db72d42b3a11a4130c23e74b0e3788aa90b18b233a8]]

**Document description:** Exhibit 63
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
3] [9d5f5ee041f7b0452caf54aefb03dff08d552498279dbcff238cfd5efa0b789fc4
39ee9d5d9a767345d98cc25701fe0a455d41f8cb90ea4fddb75bfc1084d77c]]

**Document description:** Exhibit 64
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
4] [1df3941f4b1921dc41d7099e9f948e4aa1b32563e9849cf30e8b1209d927d2f458
20cb079c4102021b88c2506d87c7505904ad33634ea912324d250317976a26]]

**Document description:** Exhibit 65
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
5] [26d82cfb2bb9d939a4503ef560e67ef044e85db7a948c884bab8bd1dce12a62b1d
07e6b0c67d175a77e026eaec0609b1473abaeb8ec05149db9c737f12931e7e]]

**Document description:** Exhibit 66
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
6] [aca9fa130eaae8c1107b74ff433c2be8f2e93d0feaba2c0127f9158bbb0e4719c3
47c6a102e230668ef14fe1683869c22f3edfc6134c29c397649ab5684a8c35]]

**Document description:** Exhibit 67
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
7] [724480a42c440b44b26f28330290e22bee5d9693a07ff439881f04ec8eedadd673
0f697b426e9e740eb2bd9e74966ebc52e0f8600ba6656e429079df904517d9]]

**Document description:** Exhibit 68
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
8] [49a417eae3691e36846d7352eb9b244e8e71b2b572e771815ddf47bc2713b3c8df
2c10bc0f309fc5c52dcd7de1452a2db913cb707b3aac2788aa9b07082152ec]]

**Document description:** Exhibit 69

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6 9] [58ebd2d5ac90375202f20748b6eac0a5995754fe65feb17403285e6c0ef740d013 caf5e1b12829d724215f2751d01c4671cf1cd8dfa1949cd2c5d04d60955a2e]]

**Document description:** Exhibit 70

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7 0] [086ef1365c1793857ca0c6b8e6908e6bf49e9b83bc45bc80e896aa61527451ae38 2183bacfa7114ef8861472ac5123f12459b1587784a4eee918bc5b3b90b6df]]

**Document description:** Exhibit 71

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7 1] [239e8db87ca2c5294ab5875f6061d10527fc035bc15e9983894f589a630da68aa0 39754b3557c7748c401e26de6787e9b72d08e4c5e24059aec90119018566d9]]

**Document description:** Exhibit 72

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7 2] [2df616cd32d91d78f261769ac05f58cf60251a15b2d83194315e943751d682c4dc 04745ade6b80c32b99a5e8ae34f75291e5eb5c0f5a00e82c94ff6017fa2ea6]]

**Document description:** Exhibit 73

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7 3] [30eb622b3f0fd2dcad9fe29e8e71c3d372cffcb3127bbfb820c9b4066dd911b5e4 c604677acf9b1300bfd6c4f97906f763a01ac07f0dccb6aee8bab417335f4b]]

**Document description:** Exhibit 74

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7 4] [01252f9f344aa33daf8b3e640f50aa43f2827d7b8b98db2dc354a38a80c012c5b1 1fde048d5a4c8831acadc2797e47a12e913f6d2eec95c416593b2385aee621]]

**Document description:** Exhibit 75

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7

5] [81b3401b6ce6a2760a45b050e23f94cd1eb6a51351314620d4bb69a41b5bf595c7
74b33b2c6beed9c37edd2a2a4616538d5938da96a2e1cec2ca5dc370d87fc7]]

**Document description:** Exhibit 76

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
6] [b09aa7df763d8e10558c44fa92c16ff17e104472bfcca4cc73887918eaaaa4c270
48454ca988a41e3eae8ae4bdfbce286f56a02a2c8ff84829a4f8fbf8ae31e3]]

**Document description:** Exhibit 7

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
7] [ae50e3415ca980c13b383ac4c0f73cb04fffc8ad2dc350c3a87c8162ed3570b205
bbe456c4eb19483d5c2f1b0a6295bdf102f5626042f558b155be84cc2e58c9]]

**Document description:** Exhibit 78

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
8] [6a6e1ca3ce17d27ba148b6fbf1c0dd338cd9b54fcbc54b139d37956858a8a31b90
1be1dde4e389b957262c2054961ae5cc7c7a325cd02c36bd15665eece83b0b]]

**Document description:** Exhibit 79

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
9] [13d1fc5358a517c0b403fa29ad93c15c3b75c52b3e55eb3503a4b70b6d16abb039
c6b492927dccd21dac8244e3dc2f6b8216623db86c74988da035cc242426a4]]

**Document description:** Exhibit 80

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
0] [1a3074eebce9fea36e0d234378e8f38989057708f8c19fe4c5ca26836b6e4d37af
a4d44f315ca67340f273b4a14b4285f70a0b05da18ba41911ca0991d9c5ae4]]

**Document description:** Exhibit 81

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
1] [1aaedd7c6b5587f3dd2ce1263590ed80b4dbb1787ab514c7ab1d1e8409f94a0462
c470c1dff38919fcfeeb92d932ec818204859ad283520e1af27cea459b09a6]]

**Document description:** Exhibit 82

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
2] [100f6b02eafbd2e0d8cf2616a8fab35300adffcfa303bdf474698aba2b74953d14
4a7464084abd3b882f7132d16b717aa08a39077cf6573d6b693407635e53ea]]

**Document description:** Exhibit 83

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
3] [83bc89d99ec8961d27f54c2b75aeb50273b21dbf756c0d2d9928229367196eb160
1f3c93581a01cffd31ff694a212391975e78f3d84be5344f3900c57097bba9]]

**Document description:** Exhibit 84

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
4] [c1e4851afc2a44b5090885f26657fda6efe50625700110014a0c94884619038043
27c54f6886947d60bc63e6752cae996e2e14dde767566a93f74151af00e77e]]

**Document description:** Exhibit 85

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
5] [99c017d971049a0ec755c5392ee2ff1964a4fc006d4fc47ca8b2d08e4902ce64cb
fad59e2599d25b72e4f61b4238e598e5dafbe8c8330153fc4885b5841fef7e]]

**Document description:** Exhibit 86

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
6] [9e802c6786b658caeff969ea2495775713e7939854305172efda5c790df361376e
8b9f29bcb7b24feadaeb2d24b6c7a88e6f079a43a0db5614e71a27ebbbffd6]]

**Document description:** Exhibit 87

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
7] [2f2f3ab395f721332509f656dc49c5a53ab679cde48aa1b46de472d3b6e27f64ca
2ca501189f9eb6247bf3b398e2f87efd3a4a9d4898c32842ba176b3374d70d]]

**Document description:** Exhibit 88

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

8] [957a2671371c12fa9777e534df396a8b47e22c47bdc108c5a8ce1d9d296a7298f9
135c3a3d99d923d86642dce8faa4a8dfe188a4b8f228ebf1d62baf8d1e5efd]]

**Document description:** Exhibit 89
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
9] [5669297706f58ba4e8963316131661685587ba15145f7fd418aff36b6ca0eda577
9d977be8b0e00a89c873272509619a34abbf6ffdd8c8e8ec70d7ade494a547]]

**Document description:** Exhibit 90
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
0] [568ab7457e52b510a008b465051cebc5bc7e3688dc2255a2e1e821136f3a40b63c
10b4f33f93aeda5f49c6fd97e5b58f66d064bd15891ece03046ea3af618284]]

**Document description:** Exhibit 91
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
1] [b6ce77e77c0e32f98563a4c9cc973f79362de87b04fbb7137bb88fe63caa1973cd
462d098338c642edd745ce12811a248743bb5db29246ce4955113def118741]]

**Document description:** Exhibit 92
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
2] [476da26cf6d5b5683b28c84d4100d2e34a9ced42c313b6fe61da82eb895ffb6739
10e8c37cbc439f1598534736c560cf33676eff0ffda4407401022733f82670]]

**Document description:** Exhibit 93
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
3] [7da4739ab1bb7fc5ea2bb00583aabb51b6d4e431ea7460a8be3c528225db6dbd62
606360e5c729641dcd17eb1a9b6f16a276169169797e7aff0b380ee7c22643]]

**Document description:** Exhibit 94
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
4] [02eb558b2405fa6d7d710b415622aacc675094d659c7c52dd88a7b3ff362ab4e2a
e6170c1dece3f3dc302b3fd92d0bc7b87630ed6908256c647ba7ca96aa780f]]

**Document description:** Exhibit 95

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
5] [01d6fc1c48c485d3501898409329e4487dd86e77ec27ae0865d0061b90e4e22aba
891d3cded8d331409b7c673a8febda67e5891c4e52066450ecde68232a6e54]]
**Document description:** Exhibit 96
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
6] [44d9cb6d43dda7c67ea7c78111831016a87af6f96beffaf2f181b4bb961de043e6
f6f505f2971a2ca4d19eb24081e04cefd650b21fb8ece2b1ecd540f1687b20]]
**Document description:** Exhibit 97
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
7] [2f3f3116fdd3fbb3b048aa5485fb783593dcb6e432218fc6c916d6384bdbdd51fd
256278200f20891f1fddd1e9c996868cbc1d24ad2c03b68df72b1260669c39]]
**Document description:** Exhibit 98
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
8] [826c9a2e9d1375bcfea44648c146c699a2e5cf1ff90d8d231fff4cdd689b14ac4a
bd72fa5ceb398ee8d22975674fb8f3041946a67716a0b92f88f6407ed7ad5d]]
**Document description:** Exhibit 99
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
9] [849067b349b025fadbb1320a85775878ad6d9a175fb5ab95f5f07d0e86f112a760
61e364c1508456cf6da5ad9d8add82f8b90d080a21c506c25d7b0c2a2b820a]]
**Document description:** Exhibit 100
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
00] [66eec68efc879a0f40985cb1055949d2ac83e081b7849d02cb014a9e22d2836c9
a16c7153cfd6cff7c13707be3a858fda7d0884d6da3def1afb0999eb9a2571b]]
**Document description:** Exhibit 101
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

01] [932490da19cdd5af05eab54964dcf19f7f1efcbe139aa4e33fbdfbc23bdc9426e

56a92869eaeb5688f496d1bb75aa8a3eb38dc20de7450c8606cb519d94392d2]]

**Document description:** Exhibit 102

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

02] [4cc901113ca5d286e037926c04c79aaa1ed705f8a28267368a5fa2748343b8d27

3dbfb1494ec98ff17f43cecf7677eaaa9257e0d0fbc172ad6ec3d23c037b032]]

**Document description:** Exhibit 103

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

03] [2f6f268e537bb2628bdd1cef35c13f100df31aac0d4039a41da24a53782413952

efdccdeaa8500af701869f5ba7739460fc6ce795ff7d7c3cdd9208c64a5b7d8]]

**Document description:** Exhibit 104

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

04] [25d975aaba2b988eeaa47302d6fd9e5ac4ff3b073a21182fb099b8b1b1b852b12

5dee7e3ec57c49944a1751b787b9ae2d40620d71d48b9fc5d8b6bf88036f354]]

**Document description:** Exhibit 105

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

05] [106f66427231e631752b7a5209342545a2969b9c64701a118653df6341015ae6e

c1c525467f2531c190088ba3d9669f7682827bf2d243dfb3486c9af1a0335c5]]

**Document description:** Exhibit 106

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

06] [70d34256faa7b43cd0a9826ad24080f3c8dd7267ac3107fcda279e15e2d28d609

25a06bb5ea51d500f02a8bdfb61d5d28f472cbe7c592c63f2d99fa1b3c778d2]]

**Document description:** Exhibit 107

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1

07] [b04753cc5cdcfd1a7f56367343f67c666a560391f6a26b80f08073126b52591a8

e92453de46dc9a71d2fc2c1b95ae91cc262a429f4f848aff207ddbb241c592b]]

# EXHIBIT 4

| | |
|---|---|
| **From:** | Casey Scott McKay |
| **To:** | Ali Razai |
| **Cc:** | Lit BBCOML.095L |
| **Subject:** | Re: FW: Activity in Case 2:22-cv-02222-TLN-CKD Trove Brands, LLC v. TRRS Magnate LLC Answer to Complaint. |
| **Date:** | Tuesday, July 2, 2024 12:59:53 PM |
| **Attachments:** | image |

Hey,

Sure, I'm happy to explain my reasoning here. Admittedly, there are some interesting legal issues, but, after thoroughly reviewing the case law and secondary sources, Hydra Cup acted properly in amending its pleadings within 21 days as a matter of course. Ultimately, amending the pleadings as early as possible saves both parties and the Court time and resources.

I actually started off by planning to seek permission from BlenderBottle to file our amended pleadings because we agree that good communication is the best way to litigate (which I learned from y'all, which I think is a California influenced thing that I really like). And I did inform BlenderBottle that I planned to file amended pleadings. Specifically, in our 12 June 2024 emails regarding deposition scheduling and staying discovery, I informed y'all that I was planning to amend our pleadings and that I opined I was allowed to amend as a matter of course, stating that "if I misplead a counterclaim, I'll catch it today and file an amended counterclaim before BlenderBottle responds (I believe I get one amendment as a matter of right, but I also think the Court would likely allow me to amend rather than dismissing)."

BlenderBottle did not respond to me informing of my plans to amend the pleadings as a matter of course, so I understood BlenderBottle's non-response on the issue as implied consent that Hydra Cup was allowed to amend within 21 days and that y'all likely opined that arguing about it was a waste of time, since I am likely allowed to amend as a matter of course within 21 days and because the Court will most likely grant a motion for leave to amend pleadings in this situation anyway.

From my understanding of the rules and case law, we are allowed to amend once a matter of course either (i) no later than 21 days after serving BlenderBottle the pleadings, or (ii) before BlenderBottle responds to the pleadings. I am actually not certain if we would still be entitled to the full 21 days if y'all responded before 21 days, but I didn't need to take a deep dive on that issue yet, so it's still an unknown for me.

Rule 15 says a party can amend its pleadings once as a matter of course no later than 21 days after serving the pleadings. So this is Hydra Cup's amending once as a matter of course. Yes, technically the title of our amended pleadings contains the terms "Third Amended," but Hydra Cup has not once amended its pleadings as a matter of course. BlenderBottle initiated the first and second amended pleadings, which opened up the right to respond to Hydra Cup. And BlenderBottle initiated the "Corrected Second Amended" pleadings, which was an extension of time that both parties agreed to---not an amendment or an amendment as a matter of course much less (admittedly I should have requested an extension of time earlier, but we live and learn). So Hydra Cup is still entitled to exercise its right to amend its pleadings once as a matter of course, which, along with BlenderBottle's implied consent discussed above, is the authority that our amended pleadings were filed under, especially considering the vast majority of Hydra Cup's pleadings are brand new pleadings.

By filing our amended pleadings, we are actually saving everyone time and resources. For example, BlenderBottle's motion to dismiss is no longer necessary; and there's no need for a motion for leave to amend. Moreover, the case law says that is improper to file a motion seeking leave to amend pleadings before 21 days or before the opposing party responds, as it waste time and resources since Rule 15 clearly states that a party is allowed to amend pleadings no later than

21 days without permission as a matter of course. And, again, in the end, the Court would most likely grant Hydra Cup leave to amend its pleadings as the standard to amend is low, and rightfully so. Even if BlenderBottle's anticipated motion to dismiss is successful in dismissing a counterclaim or two, Hydra Cup will most likely be allowed to amend its pleadings to fix any reasonably fixable issues, so filing our amended pleadings under Rule 15 once as a matter of course is most efficient for everyone.

And, as always, I am a sponge, love to learn new things, and have no hesitations in admitting when I'm wrong. So if y'all are aware of authority saying I am incorrect here, I am happy to file a motion seeking leave of court to file our amended pleadings or to follow whatever the proper procedure may be. But I think I'm correct here based on the discussion above. I mean it makes sense too: we will most likely be allowed to amend anyway, so correcting pleadings as early as possible saves everyone time and resources in the long run and helps guarantee that cases are tried on the substantive merits.

**Casey Scott McKay**
Partner
202.743.1972
casey@mclaw.io

1441 U Street NW | Suite 712
Washington DC, DC 20009



MC Law, PLLC
Notice: This email (including any
attachments) is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521, is confidential, and may be legally privileged.
If you are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution, or copying of this
communication is strictly prohibited. Please reply to the sender that
you have received the message in error, then delete it.
Thank you.

On Tuesday, July 2nd, 2024 at 2:52 AM, Ali Razai <Ali.Razai@knobbe.com> wrote:

> Counsel,
>
> We saw that around 11:30 pm tonight, you filed yet another amended counterclaim on behalf of Hydra Cup.  Hydra Cup's Third Amended Counterclaim was filed without regard to Rule 15 or 16 of the Federal Rules, without leave of Court, or permission from Trove Brands.  Please immediately explain your authority for unilaterally filing a 290-page amended pleading while Trove Brands is preparing a Motion to Dismiss Hydra Cup's Second Amended Counterclaim.

Your inability to follow the rules will continue to unduly tax Court resources and needlessly drive up Trove Brands' cost of litigation, which seems to be Hydra Cup's intent.  Hydra Cup's actions are not in good faith and if Trove Brands is forced to seek Court intervention, it will seek sanctions.

Please let us know by tomorrow, Tuesday July 2, at 9:00 am (Pacific) whether Hydra Cup will withdraw its Third Amended Counterclaim or Trove Brands will seek ex parte relief.

Best,

Ali Razai

---

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Monday, July 1, 2024 11:30 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:22-cv-02222-TLN-CKD Trove Brands, LLC v. TRRS Magnate LLC Answer to Complaint.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of California - Live System**

**Notice of Electronic Filing**

The following transaction was entered by McKay, Casey on 7/1/2024 at 11:29 PM PDT and filed on 7/1/2024

| | |
|---|---|
| **Case Name:** | Trove Brands, LLC v. TRRS Magnate LLC |
| **Case Number:** | 2:22-cv-02222-TLN-CKD |
| **Filer:** | TRRS Magnate LLC |
| **Document Number:** | 118 |

**Docket Text:**

**ANSWER with Jury Demand, THIRD AMENDED COUNTERCLAIM against All Defendants by TRRS Magnate LLC. by TRRS Magnate LLC. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14, # (15) Exhibit 15, # (16) Exhibit 16, # (17) Exhibit 17, # (18) Exhibit 18, # (19) Exhibit 19, # (20) Exhibit 20, # (21) Exhibit 21, # (22) Exhibit 22, # (23) Exhibit 23, # (24) Exhibit 24, # (25) Exhibit 25, # (26) Exhibit 26, # (27) Exhibit 27, # (28) Exhibit 28, # (29) Exhibit 29, # (30) Exhibit 30, # (31) Exhibit 31, # (32) Exhibit 32, # (33) Exhibit 33, # (34) Exhibit 34, # (35) Exhibit 35, # (36) Exhibit 36, # (37) Exhibit 37, # (38) Exhibit 38, # (39) Exhibit 39, # (40) Exhibit 40, # (41) Exhibit 41, # (42) Exhibit 42, # (43) Exhibit 43, # (44) Exhibit 44, # (45) Exhibit 45, # (46) Exhibit 46, # (47) Exhibit 47, # (48) Exhibit 48, # (49) Exhibit 49, # (50) Exhibit 50, # (51) Exhibit 51, # (52) Exhibit 52, # (53) Exhibit 53, # (54) Exhibit 54, # (55) Exhibit 55, # (56) Exhibit 56, # (57) Exhibit 57, # (58) Exhibit 58, # (59) Exhibit 59, # (60) Exhibit 60, # (61) Exhibit 61, # (62) Exhibit 62, # (63) Exhibit 63, # (64) Exhibit 64, # (65) Exhibit 65, # (66) Exhibit 66, # (67) Exhibit 67, # (68) Exhibit 68, # (69) Exhibit 69, # (70) Exhibit 70, # (71) Exhibit 71, # (72) Exhibit 72, # (73) Exhibit 73, # (74) Exhibit 74, # (75) Exhibit 75, # (76) Exhibit 76, # (77) Exhibit 7, # (78) Exhibit 78, # (79) Exhibit 79, # (80) Exhibit 80, # (81) Exhibit 81, # (82) Exhibit 82, # (83) Exhibit 83, # (84) Exhibit 84, # (85) Exhibit 85, # (86) Exhibit 86, # (87) Exhibit 87, # (88) Exhibit 88, # (89) Exhibit 89, # (90) Exhibit 90, # (91) Exhibit 91, # (92) Exhibit 92, # (93) Exhibit 93, # (94) Exhibit 94, # (95) Exhibit 95, # (96) Exhibit 96, # (97) Exhibit 97, # (98) Exhibit 98, # (99) Exhibit 99, # (100) Exhibit 100, # (101) Exhibit 101, # (102) Exhibit 102, # (103) Exhibit 103, # (104) Exhibit 104, # (105) Exhibit 105, # (106) Exhibit 106, # (107) Exhibit 107) (McKay, Casey)**

**2:22-cv-02222-TLN-CKD Notice has been electronically mailed to:**

Ali S Razai   ali.razai@knobbe.com, litigation@knobbe.com

Casey Scott McKay , PHV    casey@mclaw.io

Christian C. Boettcher    christian.boettcher@knobbe.com

Jacob Rosenbaum    jacob.rosenbaum@knobbe.com

Meghan Pratschler    meghan@meghantheattorney.com

Sean Michael Murray    sean.murray@knobbe.com

**2:22-cv-02222-TLN-CKD Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-0
] [1cb8eaf3392ac96e0d55e0d492179eadfac857eadd7c1673b855af68adec9c1fa01
1acd5c6657c4ac75531913caf3af6d95d8e02102e31d90c2dd45913a4b5bc]]

**Document description:** Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
]
[6349c8070057d2f50554225b260921f39ae2bd991d021c6887998371a42316ffc38
69e71263a12b75a67ee02e4dcbca967fd77b36bcdd6057a4c7b972b2c1501]]

**Document description:** Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
] [c02fb930215dc47fc66a13968d3918c2fbac395e3ffb7dba77677657b3c9d9f2f8b
ee37bea1338faafaecfb1f3d5fdc96d2a1f260c02d26fa5a0b2ebff606e5d]]

**Document description:** Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
]
[a685a7e50f3b5ea5ec2b4a68b759d0c707459e9f1bb3249d35623596f4d7dfb85f8
5653c19b1398a0e60bd18d8e114cfcac32e0e35b19407443253ba20fe3915]]

**Document description:** Exhibit 4

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4
] [19fc674118e9e5bd9d3bbd3a3c0eaa1ac76f954b2654c201e1694e696e1f67f6877e1b88d7b217a4e2e96f23883f4c741ab7927140580674a4c7992009e73792]]

**Document description:** Exhibit 5

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
]
[b5312fc64b0f1de417766c83650d64501d3d0ea1733274b904da220c6202607f48779cdcead7e967caca2c3dc2c0b8cd039d7fbafcd0a7440c5032c2e3762781]]

**Document description:** Exhibit 6

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
]
[3f09cc5b734279d26ceba3b083b07f018936c8fccce887316ba7663b62e058bb6f692072991e5ee1203653f1de49ad79ba6b72447deac87a50f1f6b64dcfa221]]

**Document description:** Exhibit 7

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
]
[5f407b5c9aaab4aaeb14906e56ef62e44510233a1b2ef8204716e9910b443ed6d9c5505dd9b8625d6f324dd419752d7ef16509497dcaebadcd05531c36d79e08]]

**Document description:** Exhibit 8

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8
] [85a02255c0fca5c15f491f014ede1b2812c7f1e313b7ff0b4f26516f944b61b6f25c565ec7782a00cad4db2f6a13fab611bdca73a41898691369ae53a4b62686]]

**Document description:** Exhibit 9

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
] [6dbe4455eed2bbffff2e752db5a1b01fdb67e2d011ade846bfdd9b5dc8de5195ef55d3a170ca2ea79bf6d762bf24259e1178c5bdd352b050f070de1771d8d06f]]

**Document description:** Exhibit 10

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
0]
[bc953b7d703154bde824b37fb07025e6b7ce6dc39666e45563c0bbce0a892c480d
5de027c45eb197d31f7c4aa9e4112c2415b48c66a6a12ccde0f3f89978236d]]

**Document description:** Exhibit 11

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
1] [7c8ecfcc2c8631f2ff5a02a0876ec76e1a57d15f50f2bea67c421d4290ed83810e
c3821d6be5709cc869420d93c0883951ff6eb719fda9c59124458ac7bd8cb1]]

**Document description:** Exhibit 12

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
2] [7d71e507ffcd9545e24122bacebf17fae8cbbf5c9a301af8bbab844e5ab66f50fc
42676ba1e2735b7f8118d74687a23f5ee53f9909830605cd1742a12f68bc76]]

**Document description:** Exhibit 13

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
3] [77dfc9120f4185bb00f0dd29986cb0b3357557016e164cb86cad1fd0fbca9c5f36
6aa9006fbc6ff7575583f3eb3862bccedb1e4aacaa83a35732797eb5e7fdbc]]

**Document description:** Exhibit 14

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
4] [61e269c79a44c46631c0c310ea1699e1ff57feba5fb0921fa18ebb76e550289d4a
80d7d6b41f07d2a1a7c37be64e3dd1c84d1e8afde971169bcdbd3ccadeffe7]]

**Document description:** Exhibit 15

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
5]
[2ece4ab343c0517a71396f78b93e5e8e2a9d4e189d7c3194b4297789541c6a1697
29a597adf4d05dc9a76836287cb12c45f9a6fd0debdafc008edfdaf62d81e2]]

**Document description:** Exhibit 16

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
6] [2ca3505b20549fee625cfac21874dd7b07185773b0b61fa6212e5f4dacc208a5af
8e73ce9e9e6d4823c1eecc81437d53a7780b74b1bfcbd4728ff6c958d836c4]]

**Document description:** Exhibit 17

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
7] [09cd6fa73398c87eb3ccf8005b6951f65b6a4e063e263cf8cbdff005fa2e3bfbae
7cab9145ff6ba44064f469772f1fbed45d8170139b4b33ae0e05359dbab5ea]]

**Document description:** Exhibit 18

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
8]
[a4d2369ab0b3ee7edf5ac417d0a8206b1602be8c7f3a66df462b29e62fb59e3761
6a15ccf259587593f9f1898d53d52bee3f22646f7fc21f2b36fedd41b6a75a]]

**Document description:** Exhibit 19

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-1
9] [7ef352fc2b6a44e0e215af2df915fdb07ebf5329c96eed708e4a38ddca97949ab5
b0aaef724406ef33d68bc7f95d28c39ee90974c32c6d7a24372da3cdf544a2]]

**Document description:** Exhibit 20

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
0]
[3cd1dc88367c5339383b74d8c9349fe7c4b9fb337a80ddbb404e72e4b4ce2355af
7396861bef9ac3950396fae965e1794c3ee1775067512229ff91cc831a4357]]

**Document description:** Exhibit 21

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
1]
[8b134d4e50b314153d7a67d3570cef4b3b895a534802581ce88b1bbb5b5c209c1e
a52bf5b648b38a3330fcf2ae19108207ceeddf31f9ff527b0829fbe9176087]]

**Document description:** Exhibit 22

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
2]
[252b3e2c5e38e4ba0cd01534d48cd60ca91a54745a4855788e6740b4f599b56ce0
6c791682c1697a85b0b67ac38aac87f25d59f1f98afc797eb1389d041cb3e1]]

**Document description:** Exhibit 23

**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
3]
[1d6ba49cb8d685c1cf6a691368725adc917c7a28ba01f6d55a92c611a42af4bee6
0daa0899603d04032536bf3c3eac07072d3751c46d2135c63516b6c1501c14]]

**Document description:** Exhibit 24

**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
4] [7aeb74bc8867ede4c235bf7d87b7651be641af9446df6be2667b529fa99ae356ea
9e113a1a2241aee5ef61fce25834cc381215905861f3b5869fa83ce59bd964]]

**Document description:** Exhibit 25

**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
5]
[68991149330d59b7d2e7e57e57cb23a7487c6653cf4d85aed1e82aa444c00a7c7e
58fee8b3f777d3f793b7a9766cf89444695ad77f276ada8c60a563817887ae]]

**Document description:** Exhibit 26

**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
6] [bc2582a386bb4aa80e3bbc90bca361d4b6c0aa8d6fa4a2c1ea892a407e2ef2a96f
135dc1ec0c711b4e62e7891d07589162835934a87e71922c498e3d7e150691]]

**Document description:** Exhibit 27

**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
7] [60593efccfee16832acbb48e207113892bbd94bad1abd674c4f0f00f9cc9e5965e
fc933fe3c27e51f6086a37461559cac8bd5b8567cf4a067d21a406a804c3a6]]

**Document description:** Exhibit 28

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
8] [4b446b072f1feb3d1b1f0cd8b1e37e43c19a3741f7e86d0e687ad2705aabdeca90
2a7bdb8e42faaad9dff8d605a08b9c7f856331a945b871e301943870fd6e5d]]

**Document description:** Exhibit 29

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-2
9] [31635994625d3939eef9f1a0f88c458e0e16af20a35f3ef2bc72c05562fa814880
2749c628fcd64c6a5949d2577e85893fb636f3e91caabaa1e83f5cc7f747db]]

**Document description:** Exhibit 30

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
0]
[7604f11385b176ac1a150f24e48f8f704ba97e030df9d2ddd24e1b44d05dd9d2b7
6eb513acdb164832c453201b27215ba568186c98699b2cb8084614f8b8dec9]]

**Document description:** Exhibit 31

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
1] [a9e7cffe390a9b501bdd23e3d32a9fc5dbe57e3a1a2b6f22d00e3183446f66bbf0
22625aec6195fb625ac6f9e2b61af8f4ec6cdb373c7de4305c208a536782b0]]

**Document description:** Exhibit 32

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
2] [9b4cb91c46c739d472bee2faad9a034da4bebf730a772a7421aea3cd062ee41fed
ece32a0d903769b3f0cdf98eaa4b43c0ea780eaa0e7dfb45bb424f37cb7735]]

**Document description:** Exhibit 33

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
3]
[0447bf2dba0d4d4997b2f6de18869940e728072b37fbedbdf7a698e7b8d0dfc693
3c126842ced253f98c34e7b89f98ed9a70de6bf5dc7c63cc33b8f52e8c7f03]]

**Document description:** Exhibit 34

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
4]]
[0a23e3b9fdf95aedc0eb77592966c0a9b59d04ccf92a901245e818ef274573b594
dd13a491e8eddf6ab661270e68b8788edcc589a50aef5223c4cfcb6b22a593]]

**Document description:** Exhibit 35

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
5] [292c1fc31d42616b72857fd3f3ca6be5bc224f9d9cd35ad2f5b71e2c485e704a48
d31b0ef3c6c572bb31ec0afcc162f718189b58286852897578a848b358e88f]]

**Document description:** Exhibit 36

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
6] [ad71ff12fe382328b3a0ca63cce102a4b89fe3046264db7f390d546ca32b2b28b7
bc90d54314920b7774f5b509406a223d17441ef60e93ff61d2d410c8a88e36]]

**Document description:** Exhibit 37

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
7]
[52abd59ebedae4021e5946bfade6670a83bb46380dd553c4f0174f01fe1ed64a4d
29e5b59dee0365586936b3308f8c5505869becffacfb0db98e35f76d80bf13]]

**Document description:** Exhibit 38

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
8]
[08dcfe1138e5c6ba43ecd08146f41c9a25c123262c8d12642074861335688aa86a
a10db10a6022b431b8ca9c3636d9edfbc4ac7087aa6142e3addc5e976cd11d]]

**Document description:** Exhibit 39

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-3
9]
[0cc21d1e1e14c6228ec299931a32525249d516f476860459ad1a6ca4a0e5da6283
8ebb2b4c92be269e498ecd2737a55c6f3618d773a56f599c1e56477a3703c4]]

**Document description:** Exhibit 40

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

0] [0439564726dadf9ad513deebf18ce2603de3cde7fa3ff7c5ffb96293d56b345e76

3942ff7142b63421888f81fbd233e7ef6e644403380f6b6b62d5441dd27d76]]

**Document description:** Exhibit 41

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

1] [8c78ba6c627f8caa20e92b92d32124ea575c678d135acfa02e2ad64a9d66f928ff

145508eac6ab31e963bc1c4dcbcfd9dbfb9beecc0f7918c91faa39b3003140]]

**Document description:** Exhibit 42

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

2]

[b4f566e555e4bab79ff2462a97df6ce6c0393e2d79b0a495494be3cdd4750b87db

12cddedf5336d65205607a0a72c78dfb87f81b9031215599b096ff27144d8c]]

**Document description:** Exhibit 43

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

3] [afda457acd27d7dc2e63bc6fc57306ac7baeea0ee2423e425de782f43129915401

9ea8572f7f086131b814ab042e4de0dd2abf26d08ed868b7f08ea930d9b9e1]]

**Document description:** Exhibit 44

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

4]

[5e2f634103b2b541990a522b5ab5953bba7c0d2475000f6f3721ae7e56e54bd9ec

ecd249987cfccb4781b420e29555e9fcec7215dafbffd7659602343d4b0e66]]

**Document description:** Exhibit 45

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-4

5] [a3f3b66ba6000d3faec67c98cecdd27f9d6bfc0314e0783021185bb7e7ec7af86f

2594e4d875417d4401598b15e85363cd61955dbba2fbe2f374d7effaa11314]]

**Document description:** Exhibit 46

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
4
6]
[67d8bc06e450d88632af0b28ecb1a255d68232fd22ae5c92315c037ca6b8522f2a
2b0e74096853152a1ca38a65f0ef0555e77b528409533b5e3e60f19d8bfd60]]

**Document description:** Exhibit 47

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
4
7] [96a3cda5f1a67a553bd1de4cc01ac1e919c894bd3acf92426d3dcf27bdedab0586
5a61c8fd804fe2c19aa31ae17ffb127cbded5fabb1b241ae5058ebe1a5da4a]]

**Document description:** Exhibit 48

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
4
8] [452c771cff24b220c173df1df687318c619315f9ab0636fe6078931307f2713a52
eaea45d3bd67901461c077a96ac1ea253020a08b075767f8778915552805f9]]

**Document description:** Exhibit 49

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
4
9] [a475f7e8b24b9157a34f63e224c48913a07450869b5c21f24ea3c165efa0ad361e
0f51797193ee449bb6b0e3a63bae213b79e10a9a70b8f2537554a18e45c549]]

**Document description:** Exhibit 50

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
0] [01ed74cbe412bfa44b4dc9cffccc23ac15334b9c71696489b902307102f113a5c5
9122dd835aa70eedec7c6c194331fd091749b11568cd5d6125bd5efed59141]]

**Document description:** Exhibit 51

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
1] [158ea47107dbadc4f2668392db7ebcf8bce16f48c86ac0142dde607eb387ef97f1
65eab94998cb8831cbdc03d7798afad1a226523e7635c9261ca5edb2710a7b]]

**Document description:** Exhibit 52

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5

2]
[6eb1355f4427c77d01644ce2d1be323b4606df45a5ed4f44437c0b5caa7b920b96
00c73abdc5cc26d0dc822313b63329913f205aa3221180b53913c32b44172b]]

**Document description:** Exhibit 53

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
3]
[b19294d0f5cbc94d7719d19d78a2e1052c47f3601828209421e49d4a13250ba7f9
b7772a61e94a9a85a0cca46e964a3f89b26ef11f621f625540471f76fb8cba]]

**Document description:** Exhibit 54

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
4]
[7b9ceead37582ceb8c18ff0426ae4d7be9d004a38b6533595a729cb571ad3abd2d
440e95d5117a4e677117d071a45af829d4f23d747b18d2a9d6fd16b7f467b2]]

**Document description:** Exhibit 55

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
5] [1acef789adca147297049a3b1c0256fced248600aeda74f834c916ba013cbe19a0
622dbe9761449cb5d67f41e4f63007314493a259d4e01f3c46beba7f50c12e]]

**Document description:** Exhibit 56

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
6]
[63416e00d5a870c3e27b49b6fd3c93b50a66c0226dd8a31986a4d17f492bd1254f
99336802d187b54a0c29760b188652766a4a794d71ba1dfaff14f3b9962ec3]]

**Document description:** Exhibit 57

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
5
7]
[8ea4980a052f438097d731668cf43d1fa732f055b2167758a7ca27d0984dee81d9
2d628841a87834939b54624dcd4478431e20b963d0edd3488f707639ccd567]]

**Document description:** Exhibit 58

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
8]
[76c1485a69c87a7249d33ad7401414c8e89d9b6eda09af02748f863fbe50174f81
16607f19bbad0f3549441246340f269bea7d375b7ed779aa00d3ffd825f520]]

**Document description:** Exhibit 59

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-5
9]
[3164a1e8e73134002eb1bd4d92baeadfece44436cf7bc5586570c1f7880d5cb9ea
b7ad54bd286e29330920c9fd4018bd43b2054522e4ba4684a26f5bde83b458]]

**Document description:** Exhibit 60

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
0] [3df9d41c5ddc313f737b67c472dade3b35fb3843578eca097155fd64c95a414daf
6064d20825f284e01bf4ee1705c6a8a6819a575314919037878a4925f55b0a]]

**Document description:** Exhibit 61

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
1] [3711056518cc3b5cbf38a50efd3ddc69788a7d12fce06ca285f9fc23b33b632529
a4a2f71065058bb6bb31fe2521b1f4876acf673bfcef78979f5130d1d0d19a]]

**Document description:** Exhibit 62

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
2]
[66f347d5165009fd172368fe53b896520d0ecd00e9e9635799a7fee82e265fdddd
a524964ebc9f7ecf546db72d42b3a11a4130c23e74b0e3788aa90b18b233a8]]

**Document description:** Exhibit 63

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
3] [9d5f5ee041f7b0452caf54aefb03dff08d552498279dbcff238cfd5efa0b789fc4
39ee9d5d9a767345d98cc25701fe0a455d41f8cb90ea4fddb75bfc1084d77c]]

**Document description:** Exhibit 64

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
4]
[1df3941f4b1921dc41d7099e9f948e4aa1b32563e9849cf30e8b1209d927d2f458
20cb079c4102021b88c2506d87c7505904ad33634ea912324d250317976a26]]

**Document description:** Exhibit 65

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
5]
[26d82cfb2bb9d939a4503ef560e67ef044e85db7a948c884bab8bd1dce12a62b1d
07e6b0c67d175a77e026eaec0609b1473abaeb8ec05149db9c737f12931e7e]]

**Document description:** Exhibit 66

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
6] [aca9fa130eaae8c1107b74ff433c2be8f2e93d0feaba2c0127f9158bbb0e4719c3
47c6a102e230668ef14fe1683869c22f3edfc6134c29c397649ab5684a8c35]]

**Document description:** Exhibit 67

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
7]
[724480a42c440b44b26f28330290e22bee5d9693a07ff439881f04ec8eedadd673
0f697b426e9e740eb2bd9e74966ebc52e0f8600ba6656e429079df904517d9]]

**Document description:** Exhibit 68

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
8]
[49a417eae3691e36846d7352eb9b244e8e71b2b572e771815ddf47bc2713b3c8df
2c10bc0f309fc5c52dcd7de1452a2db913cb707b3aac2788aa9b07082152ec]]

**Document description:** Exhibit 69

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-6
9]
[58ebd2d5ac90375202f20748b6eac0a5995754fe65feb17403285e6c0ef740d013
caf5e1b12829d724215f2751d01c4671cf1cd8dfa1949cd2c5d04d60955a2e]]

**Document description:** Exhibit 70

n/a

**Original filename:**

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
0]
[086ef1365c1793857ca0c6b8e6908e6bf49e9b83bc45bc80e896aa61527451ae38
2183bacfa7114ef8861472ac5123f12459b1587784a4eee918bc5b3b90b6df]]

**Document description:** Exhibit 71

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
1]
[239e8db87ca2c5294ab5875f6061d10527fc035bc15e9983894f589a630da68aa0
39754b3557c7748c401e26de6787e9b72d08e4c5e24059aec90119018566d9]]

**Document description:** Exhibit 72

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
2]
[2df616cd32d91d78f261769ac05f58cf60251a15b2d83194315e943751d682c4dc
04745ade6b80c32b99a5e8ae34f75291e5eb5c0f5a00e82c94ff6017fa2ea6]]

**Document description:** Exhibit 73

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
3] [30eb622b3f0fd2dcad9fe29e8e71c3d372cffcb3127bbfb820c9b4066dd911b5e4
c604677acf9b1300bfd6c4f97906f763a01ac07f0dccb6aee8bab417335f4b]]

**Document description:** Exhibit 74

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
4] [01252f9f344aa33daf8b3e640f50aa43f2827d7b8b98db2dc354a38a80c012c5b1
1fde048d5a4c8831acadc2797e47a12e913f6d2eec95c416593b2385aee621]]

**Document description:** Exhibit 75

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7
5]
[81b3401b6ce6a2760a45b050e23f94cd1eb6a51351314620d4bb69a41b5bf595c7
74b33b2c6beed9c37edd2a2a4616538d5938da96a2e1cec2ca5dc370d87fc7]]

**Document description:** Exhibit 76

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7

6] [b09aa7df763d8e10558c44fa92c16ff17e104472bfcca4cc73887918eaaaa4c270

48454ca988a41e3eae8ae4bdfbce286f56a02a2c8ff84829a4f8fbf8ae31e3]]

**Document description:** Exhibit 7

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7

7] [ae50e3415ca980c13b383ac4c0f73cb04fffc8ad2dc350c3a87c8162ed3570b205

bbe456c4eb19483d5c2f1b0a6295bdf102f5626042f558b155be84cc2e58c9]]

**Document description:** Exhibit 78

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7

8]

[6a6e1ca3ce17d27ba148b6fbf1c0dd338cd9b54fcbc54b139d37956858a8a31b90

1be1dde4e389b957262c2054961ae5cc7c7a325cd02c36bd15665eece83b0b]]

**Document description:** Exhibit 79

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-7

9]

[13d1fc5358a517c0b403fa29ad93c15c3b75c52b3e55eb3503a4b70b6d16abb039

c6b492927dccd21dac8244e3dc2f6b8216623db86c74988da035cc242426a4]]

**Document description:** Exhibit 80

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

0] [1a3074eebce9fea36e0d234378e8f38989057708f8c19fe4c5ca26836b6e4d37af

a4d44f315ca67340f273b4a14b4285f70a0b05da18ba41911ca0991d9c5ae4]]

**Document description:** Exhibit 81

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

1]

[1aaedd7c6b5587f3dd2ce1263590ed80b4dbb1787ab514c7ab1d1e8409f94a0462

c470c1dff38919fcfeeb92d932ec818204859ad283520e1af27cea459b09a6]]

**Document description:** Exhibit 82

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

2] [100f6b02eafbd2e0d8cf2616a8fab35300adffcfa303bdf474698aba2b74953d14

4a7464084abd3b882f7132d16b717aa08a39077cf6573d6b693407635e53ea]]

**Document description:** Exhibit 83

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

3]

[83bc89d99ec8961d27f54c2b75aeb50273b21dbf756c0d2d9928229367196eb160

1f3c93581a01cffd31ff694a212391975e78f3d84be5344f3900c57097bba9]]

**Document description:** Exhibit 84

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

4]

[c1e4851afc2a44b5090885f26657fda6efe50625700110014a0c94884619038043

27c54f6886947d60bc63e6752cae996e2e14dde767566a93f74151af00e77e]]

**Document description:** Exhibit 85

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

5] [99c017d971049a0ec755c5392ee2ff1964a4fc006d4fc47ca8b2d08e4902ce64cb

fad59e2599d25b72e4f61b4238e598e5dafbe8c8330153fc4885b5841fef7e]]

**Document description:** Exhibit 86

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

6]

[9e802c6786b658caeff969ea2495775713e7939854305172efda5c790df361376e

8b9f29bcb7b24feadaeb2d24b6c7a88e6f079a43a0db5614e71a27ebbbffd6]]

**Document description:** Exhibit 87

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-8

7] [2f2f3ab395f721332509f656dc49c5a53ab679cde48aa1b46de472d3b6e27f64ca

2ca501189f9eb6247bf3b398e2f87efd3a4a9d4898c32842ba176b3374d70d]]

**Document description:** Exhibit 88

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
8
8]
[957a2671371c12fa9777e534df396a8b47e22c47bdc108c5a8ce1d9d296a7298f9
135c3a3d99d923d86642dce8faa4a8dfe188a4b8f228ebf1d62baf8d1e5efd]]

**Document description:** Exhibit 89

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
8
9]
[5669297706f58ba4e8963316131661685587ba15145f7fd418aff36b6ca0eda577
9d977be8b0e00a89c873272509619a34abbf6ffdd8c8e8ec70d7ade494a547]]

**Document description:** Exhibit 90

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
9
0]
[568ab7457e52b510a008b465051cebc5bc7e3688dc2255a2e1e821136f3a40b63c
10b4f33f93aeda5f49c6fd97e5b58f66d064bd15891ece03046ea3af618284]]

**Document description:** Exhibit 91

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
9
1] [b6ce77e77c0e32f98563a4c9cc973f79362de87b04fbb7137bb88fe63caa1973cd
462d098338c642edd745ce12811a248743bb5db29246ce4955113def118741]]

**Document description:** Exhibit 92

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
9
2]
[476da26cf6d5b5683b28c84d4100d2e34a9ced42c313b6fe61da82eb895ffb6739
10e8c37cbc439f1598534736c560cf33676eff0ffda4407401022733f82670]]

**Document description:** Exhibit 93

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
9
3]

[7da4739ab1bb7fc5ea2bb00583aabb51b6d4e431ea7460a8be3c528225db6dbd62
606360e5c729641dcd17eb1a9b6f16a276169169797e7aff0b380ee7c22643]]

**Document description:** Exhibit 94

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
4]
[02eb558b2405fa6d7d710b415622aacc675094d659c7c52dd88a7b3ff362ab4e2a
e6170c1dece3f3dc302b3fd92d0bc7b87630ed6908256c647ba7ca96aa780f]]

**Document description:** Exhibit 95

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
5]
[01d6fc1c48c485d3501898409329e4487dd86e77ec27ae0865d0061b90e4e22aba
891d3cded8d331409b7c673a8febda67e5891c4e52066450ecde68232a6e54]]

**Document description:** Exhibit 96

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
6] [44d9cb6d43dda7c67ea7c78111831016a87af6f96beffaf2f181b4bb961de043e6
f6f505f2971a2ca4d19eb24081e04cefd650b21fb8ece2b1ecd540f1687b20]]

**Document description:** Exhibit 97

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
7] [2f3f3116fdd3fbb3b048aa5485fb783593dcb6e432218fc6c916d6384bdbdd51fd
256278200f20891f1fddd1e9c996868cbc1d24ad2c03b68df72b1260669c39]]

**Document description:** Exhibit 98

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
8] [826c9a2e9d1375bcfea44648c146c699a2e5cf1ff90d8d231fff4cdd689b14ac4a
bd72fa5ceb398ee8d22975674fb8f3041946a67716a0b92f88f6407ed7ad5d]]

**Document description:** Exhibit 99

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-9
9]

[849067b349b025fadbb1320a85775878ad6d9a175fb5ab95f5f07d0e86f112a760
61e364c1508456cf6da5ad9d8add82f8b90d080a21c506c25d7b0c2a2b820a]]

**Document description:** Exhibit 100

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
00]
[66eec68efc879a0f40985cb1055949d2ac83e081b7849d02cb014a9e22d2836c9
a16c7153cfd6cff7c13707be3a858fda7d0884d6da3def1afb0999eb9a2571b]]

**Document description:** Exhibit 101

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
01] [932490da19cdd5af05eab54964dcf19f7f1efcbe139aa4e33fbdfbc23bdc9426e
56a92869eaeb5688f496d1bb75aa8a3eb38dc20de7450c8606cb519d94392d2]]

**Document description:** Exhibit 102

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
02]
[4cc901113ca5d286e037926c04c79aaa1ed705f8a28267368a5fa2748343b8d27
3dbfb1494ec98ff17f43cecf7677eaaa9257e0d0fbc172ad6ec3d23c037b032]]

**Document description:** Exhibit 103

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
03]
[2f6f268e537bb2628bdd1cef35c13f100df31aac0d4039a41da24a53782413952
efdccdeaa8500af701869f5ba7739460fc6ce795ff7d7c3cdd9208c64a5b7d8]]

**Document description:** Exhibit 104

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
04]
[25d975aaba2b988eeaa47302d6fd9e5ac4ff3b073a21182fb099b8b1b1b852b12
5dee7e3ec57c49944a1751b787b9ae2d40620d71d48b9fc5d8b6bf88036f354]]

**Document description:** Exhibit 105

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-

1
05]
[106f66427231e631752b7a5209342545a2969b9c64701a118653df6341015ae6e
c1c525467f2531c190088ba3d9669f7682827bf2d243dfb3486c9af1a0335c5]]

**Document description:** Exhibit 106

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
06]
[70d34256faa7b43cd0a9826ad24080f3c8dd7267ac3107fcda279e15e2d28d609
25a06bb5ea51d500f02a8bdfb61d5d28f472cbe7c592c63f2d99fa1b3c778d2]]

**Document description:** Exhibit 107

**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=7/1/2024] [FileNumber=13129706-
1
07]
[b04753cc5cdcfd1a7f56367343f67c666a560391f6a26b80f08073126b52591a8
e92453de46dc9a71d2fc2c1b95ae91cc262a429f4f848aff207ddbb241c592b]]

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.