Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 102
Washington, DC 20009
202.743.1972
casey@mclaw.io

*Attorneys for Defendants TRRS Magnate, LLC dba Hydra Cup and Thomas Raymus*

**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF CALIFORNIA**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — X

**TROVE BRANDS, LLC D/B/A THE BLENDERBOTTLE COMPANY,**

*Plaintiff,*

**Case No: 2:22-cv-02222-TLN-CKD,**

*v.*

**TRRS MAGNATE LLC D/B/A HYDRA CUP AND THOMAS RAYMUS, AN INDIVIDUAL,**

*Defendants.*

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — X

**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS**

PLEASE TAKE NOTICE, Defendants TRRS Magnate LLC d/b/a Hydra Cup and Thomas Raymus (collectively "Hydra Cup"), by and through counsel, in its case against Plaintiff Trove Brands, LLC d/b/a the BlenderBottle Company ("BlenderBottle"), hereby requests permission from this Court to file under seal the following documents pursuant to Local Rule 141 of the Local Rules for the United States District Court for the Eastern District of California and the parties Stipulated Protective Order (ECF No. 34):

(1) Hydra Cup's Redacted Memorandum of Law in Support of its Motion for Leave to Amend the Scheduling Order and Pleadings (ECF No. 146-1);

(2) Exhibits 31-71 (ECF Nos. 146-32 to 146-72) attached to Hydra Cup's Motion for Leave to Amend the Scheduling Order and Pleadings (ECF No. 146).

Hydra Cup's Request to Seal Documents, Proposed Order, and the documents sought to be filed under seal are all being served on all parties in this matter and emailed to the Court pursuant to Local Rule 141(b).

**Dated**: 14 February 2025

Respectfully submitted,

By: /s/Meghan Pratschler/
Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St. 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 102
Washington, DC 20009
202.743.1972
casey@mclaw.io

*Attorneys for Defendants TRRS Magnate, LLC dba Hydra Cup and Thomas Raymus*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF notification service, which sent notification of such filing to all pro se parties and counsel of record on 14 February 2025.

KNOBBE MARTENS OLSON & BEAR
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Christian D. Boettcher (SBN 342,950)
christian.boettcher@knobbe.com
Sean Murray
sean.murray@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

By: /s/Meghan Pratschler/
Meghan Pratschler
CA Bar No.: 324970
Meghan the Attorney, LLP
95 3rd St. 2nd Floor
San Francisco, CA 94103-3103
meghan@meghantheattorney.com
(415) 335-9226

-and-

By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 102
Washington, DC 20009
202.743.1972
casey@mclaw.io

*Attorneys for Defendants TRRS Magnate, LLC dba Hydra Cup and Thomas Raymus*