UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC dba THE BLENDERBOTTLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRRS MAGNATE LLC dba HYDRA CUP and THOMAS RAYMUS,<br><br>Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**ORDER** |

Having considered Defendant TRRS Magnate LLC d/b/a Hydra Cup's ("Hydra Cup") Request to Seal and Plaintiff Trove Brands, LLC's opposition thereto, it is HEREBY ORDERED that Hydra Cup's Request to Seal (ECF No. 145) is GRANTED IN PART AND DENIED IN PART as follows:

1. The Court GRANTS Hydra Cup's request to seal the unredacted version of its Motion for Leave to Amend;

1

2. The Court GRANTS Hydra Cup's request to seal Exhibits 31, 35–71 attached to Hydra Cup's Motion to Amend, as those exhibits contain information designated by Plaintiff as CONFIDENTIAL or HIGHLY CONFIDENTIAL under the protective order and are sources of business information that might harm Plaintiff's competitive strategy if disclosed; and

3. The Court DENIES Hydra Cup's request to seal Exhibits 32–34 attached to Hydra Cup's Motion to Amend, as those documents do not contain information designated by either party as CONFIDENTIAL or HIGHLY CONFIDENTIAL.

IT IS SO ORDERED.

DATED: February 20, 2025

_____
Troy L. Nunley
Chief United States District Judge

2