

United States District Court
Eastern District of California

TROVE BRANDS, LLC d/b/a THE BLENDER
BOTTLE COMPANY

Plaintiff(s)

V.

TRRS MAGNATE LLC d/b/a HYDRA CUP

Defendant(s)

Case Number:  2:22-cv-02222-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kandis C. Gibson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Trove Brands, LLC d/b/a The Blenderbottle Company

On _____07/10/2009_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia Bar_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[  ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____03/14/2025_____          Signature of Applicant: /s/ Kandis C. Gibson _____

**Pro Hac Vice Attorney**

Applicant's Name: Kandis C. Gibson

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 1111 Pennsylvania Avenue NW

City: Washington          State: DC     Zip: 20004

Phone Number w/Area Code: (202) 739-3000

City and State of Residence: Bowie, Maryland

Primary E-mail Address: kandis.gibson@morganlewis.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brent Hawkins

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: One Market, Spear Street Tower

City: San Francisco          State: CA     Zip: 94105

Phone Number w/Area Code: (415) 442-1000          Bar # 314266

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 17, 2025          _____
                               JUDGE, U.S. DISTRICT COURT