# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRRS MAGNATE LLC d/b/a HYDRA CUP,<br><br>　　　　　Defendant. | No. 2:22-cv-02222-TLN-CKD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF COURT'S DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' THIRD AMENDED ANSWER WITH COUNTERCLAIMS**<br><br>Hon. Troy L. Nunley<br>Hon. Carolyn K. Delaney |

The Court, having reviewed and considered Plaintiff Trove Brands, LLC's Unopposed Motion For Extension of Court's Deadline For Plaintiff's Response to Defendants' Third Amended Answer With Counterclaims, and finding good cause, approves the Motion.

The Court orders that the deadline for BlenderBottle to respond to Defendants' Third Amended Answer with Counterclaims be extended from 21 days after the electronic filing of Defendants' response to BlenderBottle's Second Amended Complaint to 14 days after Defendants file their response to the SAC that corrects purported violations of the Court's March 18, 2025 Order.

**IT IS SO ORDERED.**

DATED: May 7, 2025

_____
Troy L. Nunley
Chief United States District Judge