1  Ali S. Razai, Bar No. 246922
   ali.razai@morganlewis.com
2  Christian D. Boettcher, Bar No. 342950
   christian.boettcher@morganlewis.com
3  Zachary Messick, Bar No. 347096
   zachary.messick@morganlewis.com
4  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Boulevard, Suite 1800
5  Costa Mesa, CA 92626-7653
   Tel:    +1.714.830.0600
6  Fax:   +1.714.830.0700

7  Brent A. Hawkins, Bar No. 314266
   brent.hawkins@morganlewis.com
8  MORGAN, LEWIS & BOCKIUS LLP
   One Market Spear Street Tower
9  San Francisco, CA 94106-1596
   Tel:    +1.415.442.1000
10 Fax:   +1.415.442.1001

11 Kandis Gibson (*Admitted Pro Hac Vice*)
   kandis.gibson@morganlewis.com
12 MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, N.W.
13 Washington, D.C. 20004-2541
   Telephone: +1.202.739.3000
14 Facsimile: +1.202.739.3001

15 Attorneys for Plaintiff
   Trove Brands, LLC d/b/a The BlenderBottle Company
16

17                 UNITED STATES DISTRICT COURT

18                EASTERN DISTRICT OF CALIFORNIA

19                    SACRAMENTO DIVISION

20

21  TROVE BRANDS, LLC d/b/a THE            Case No. 2:22-cv-02222-TLN-CKD
    BLENDERBOTTLE COMPANY, a Utah
22  limited liability company,             **JOINT NOTICE OF SETTLEMENT**

23              Plaintiff,                 Hon. Troy L. Nunley
                                           Hon. Carolyn K. Delaney
24       vs.

25  TRRS MAGNATE LLC d/b/a HYDRA CUP, a
    California limited liability company and
26  THOMAS RAYMUS, an individual,

27              Defendants.

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
  COSTA MESA

                                           JOINT NOTICE OF SETTLEMENT
                                           2:22-CV-02222-TLN-CKD

Plaintiff Trove Brands, LLC ("BlenderBottle") and Defendants TRRS Magnate LLC doing business as Hydra Cup and Thomas Raymus ("Defendants") have reached a settlement in principle to resolve all issues in this case. The parties respectfully request that the Court stay all remaining deadlines for sixty days to allow the parties to memorialize the terms of their settlement in a written settlement agreement, to perform the conditions precedent to a dismissal, and voluntarily dismiss the action without simultaneously incurring the additional expense of proceeding with discovery and complying with other case deadlines under the current case schedule.

Unless the dates in the case are suspended, the parties would be required to expend substantial time and resources proceeding with the completion of fact discovery and complying with the upcoming expert disclosures dates, including the current May 21, 2025 hearing on BlenderBottle's Motion to Compel before Chief Magistrate Judge Carolyn K. Delaney; the June 11, 2025 hearing on Defendants' Motion to Compel before Chief Magistrate Judge Delaney; and the July 14, 2025 deadline for the close of the limited discovery period ordered by the Court's May 3, 2024 order, Dkt. 98.

Respectfully submitted,

Dated: May 19, 2025                 **MORGAN, LEWIS & BOCKIUS LLP**

By: _/s/ Ali Razai_

Ali S. Razai
Brent A. Hawkins
Kandis C. Gibson
Christian D. Boettcher
Zachary Messick

Attorneys for Plaintiff
Trove Brands, LLC d/b/a
The BlenderBottle Company

1    Date: May 19, 2025                    **MC Law, PLLC and Meghan the Attorney, LLP**

2                                          By: _/s/ Casey Scott McKay (as authorized on May 16, 2025)_

3                                              Casey Scott McKay
                                               TN Bar No.: 034028
4                                              MC Law, PLLC
                                               1441 U St. NW, Suite 712
5                                              Washington, DC, D.C. 20009
                                               202.743.1972
6                                              casey@mclaw.io
                                               (admitted pro hac vice)
7

8                                              Meghan Pratschler
                                               CA Bar No.: 324970
9                                              Meghan the Attorney, LLP
                                               95 3rd St 2nd Floor
10                                             San Francisco, CA 94103-3103
                                               meghan@meghantheattorney.com
11                                             (415) 335-9226

12

13                                             *Attorneys for Defendants*
                                               *TRRS Magnate, LLC d/b/a Hydra Cup and*
14                                             *Thomas Raymus*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3

JOINT NOTICE OF SETTLEMENT
2:22-CV-02222-TLN-CKD

**<u>CERTIFICATE OF SERVICE</u>**

I am a citizen of the United States of America and I am employed in Orange County, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA  92626-7653.

On May 19, 2025, I served the foregoing document on counsel shown below via electronic mail:

Meghan Pratschler
meghan@meghantheattorney.com
Meghan the Attorney, LLP
95 3rd St 2nd Floor
San Francisco, CA 94103-3103
T: (415) 335-9226

Casey Scott McKay
casey@mclaw.io
MC Law, PLLC
1441 U St. NW, Suite 102
Washington, DC, D.C. 20009
T: (202) 743-1972

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 19, 2025, at Costa Mesa, California.

_____
Vanessa Green

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

CERTIFICATE OF SERVICE
CASE NO. 2:22-cv-02222-TLN-CKD